FILED

2026 May-14  PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **ROCKEFELLER PHOTOS, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | |
| **MITCHELL GROCERY CORP.** ) | |
| **d/b/a FOODLAND GROCERY** ) | |
| **and d/b/a MUSCLE SHOALS** ) | |
| **FOODLAND and FOOD GIANT,** ) | |
| **INC.** ) | |
| ) | |
| **Defendant.** ) | |

## COMPLAINT

Plaintiff Rockefeller Photos, LLC ("Plaintiff") sues defendants Mitchell Grocery Corp. d/b/a Foodland Grocery and d/b/a Muscle Shoals Foodland ("Mitchell Grocery Corp.") and Food Giant, Inc. ("Food Giant") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located in Miami-Dade County, Florida.

2. Mitchell Grocery Corp. is a corporation organized and existing under

the laws of the State of Alabama with its principal place of business located at 550 Railroad Avenue, Albertville, AL 35950. Mitchell Grocery Corp.'s agent for service of process is David Mitchell at 550 Railroad Avenue, Albertville, AL 35950.

3.     Food Giant is a corporation organized and existing under the laws of the State of Alabama with its principal place of business located at 700 North 19th Street, Bessemer, AL 35020. Food Giant's agent for service of process is Jay Mitchell at 700 North 19th Street, Bessemer, AL 35020.

## JURISDICTION AND VENUE

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.     This Court has personal jurisdiction over Defendants because they have maintained sufficient minimum contacts with this State such that the exercise of personal jurisdiction over them would not offend traditional notions of fair play and substantial justice.

6.     Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this district. "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004). "In other words, 'if a

2

court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991)).

## FACTS

### I.    Plaintiff's Business and History

7.    Plaintiff is a premier provider of photography and videography in the highly-competitive food and beverage industry.  By offering access to tens of thousands of photographs/videos, Plaintiff provides businesses with the opportunity to build brand association/recognition through the use of media tailored to their needs.

8.    Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Prepared Food Photos")[1] is one of the customers/photography agencies represented by Plaintiff.  Through its staff of professional photographers, Prepared Food Photos created and owns approximately 18,000 food-related photographs for

---

[1]    Adlife Marketing & Communications Co., Inc. was formed as a Massachusetts corporation on April 21, 1988.  Pursuant to Articles of Merger filed with the Secretary of the Commonwealth of Massachusetts on May 22, 2015, Adlife Marketing & Communications Co., Inc. was merged into a Rhode Island corporation as of that date, with the Massachusetts corporation ceasing to exist thereafter.  On March 3, 2021, Adlife Marketing & Communications Co., Inc. filed Articles of Amendment with the Rhode Island Department of State which changed the company's name to Prepared Food Photos, Inc.

use by supermarkets, ad agencies, and other professionals needing access to an extensive library of quality photographs.

## II.    The Work at Issue in this Lawsuit

9.    One or more professional photographers employed by Plaintiff's above-named customer created multiple photographs of food items (collectively referred to herein as the "Work") which were allegedly infringed by Defendants as set forth herein.  Attached hereto as **Exhibit "A"** is a spreadsheet which identifies each photograph comprising the Work, the corresponding US Copyright Office registration number for such photograph, and one or more screenshots of the alleged infringement of such photograph.

10.    Each photograph comprising the Work was registered by the above-named customer with the Register of Copyrights and was assigned a registration number thereby.  True and correct copies of each Certificate of Registration pertaining to the Work are attached hereto as **Exhibit "B."**

11.    Plaintiff's above-named customer is the owner of the Work and has remained the owner at all times material hereto.

12.    On December 12, 2024, Plaintiff and its above-named customer executed an Agency Agreement for the Licensing of Rights Managed Works (the "Agency Agreement") whereby such above-named customer conveyed to Plaintiff

4

the "unrestricted, exclusive right to distribute, License[2] and/or exploit the Works[3]

in the Territory[4] through Agency[5]." The Agency Agreement likewise grants further

exclusive rights as follows:

> 6.2.    Customer grants Agency the exclusive use rights to the Works, such rights not being limited in substance or geographical scope, as well as the right to sub-license the submitted Works. They include, in particular, the right to copy works in whole or in part, the right to reproduce, exhibit, disseminate, modify, adapt or publish the works. Such rights may be exercised through all analogue or digital exploitation and marketing channels, in particular via print media, websites, other electronic formats, mobile devices, television, movies and exhibitions, and may be used for any purpose, especially for advertising, sales promotion, marketing in and on products, corporate communications, press articles, press statements, brochures, reports, decoration, consumer use, programs or films. This also includes types of use that only become technically feasible or economically exploitable in the future.

> 6.3.    Agency shall have the exclusive right to authorize the making of copies of the Works and/or distribute copies of the Works to the public by rights-managed license, and to authorize and control the display of those works publicly to news, advertising, media, or any other sources.  Customer understands that he/she/it is conveying these exclusive rights to Agency during the terms of this Agreement and any renewals thereof.  Per 17 U.S.C. § 501(b), Agency will exclusively own and hold Customer's distribution, reproduction, and display rights in the Works, each of which is an exclusive right under § 106 of the Copyright Act.  This Agreement functions as an exclusive transfer of an exclusive right per § 106 of the Copyright Act.

13.    The Agency Agreement likewise conveys "the exclusive right to pursue

infringement claims for violations of exclusive copyright interests granted to the

Agency, whether such infringements commenced prior to execution of this

---

[2]    "License" is defined in the Agency Agreement as "the marketing, grant, lease, sale, use or other exploitation of reproduction rights to a Work or any derivative rights thereof."
[3]    "Works" is defined in the Agency Agreement as "all photographic, video, and/or artistic matters including but not limited to digital files, original transparencies, duplicates, negatives, prints, positives or compilations of any of the foregoing items…."
[4]    "Territory" is defined in the Agency Agreement as "world-wide without exception."
[5]    Plaintiff is defined in the Agency Agreement as the "Agency" and Prepared Food Photos is defined as the "Customer."

5

Agreement or during the term of this Agreement." As such, Plaintiff is entitled to institute and maintain this action for copyright infringement. See 17 U.S.C. § 501(b).

14. Following execution of the Agency Agreement, Plaintiff has served as the exclusive licensor and distributor of the Work and all other photographs in the above-named customer's image library. Stated differently, the above-named customer ceased all licensing of its image library after execution of the Agency Agreement.

15. While the above-named customer still maintains a website (https://www.preparedfoodphotos.com/) which displays many of the photographs in its image library, the "Terms of Use" (www.preparedfoodphotos.com/wp-content/uploads/12092025-PFP-Terms-of-Use-4.pdf),"Contact" (https://www.preparedfoodphotos.com/contact-us/), and other pages were updated after execution of the Agency Agreement to reflect that all licensing and/or distribution of the customer's image library would be through Plaintiff exclusively.

16. Following execution of the Agency Agreement, Plaintiff has expended significant time and incurred significant expense in leveraging its contacts/resources to license the above-named customer's image library and has, in fact, entered into one or more license/subscription agreements with respect to such library.

### III.    Defendants' Unlawful Activities

17.    Defendants each own and operate multiple grocery stores in Alabama.

18.    Defendants advertise/market their business through their respective websites (https://www.mitchellgrocery.com/Home/, https://www.foodlandgrocery.com/, https://www.myfoodgiant.com/), social media (e.g., https://www.facebook.com/MitchellGrocery/), and other forms of advertising.

19.    Food Giant is operated by Mitchell Grocery Corp.  Indeed, its website (at https://www.myfoodgiant.com/about/) proclaims that "Food Giant is part of the Mitchell Grocery family, a wholesale and retail grocery giant known for always doing the right thing") and employment inquiries on the website are re-directed to Mitchell Grocery Corp.'s website (https://apply.jobappnetwork.com/mgc/en).

20.    Although Defendants operate under different names, they are commonly-owned and essentially function as one corporate unit.

21.    On multiple dates after the above-referenced copyright registration of the Work (with each of the known occurrences between 2021 - 2025), Defendants displayed and/or published the Work on their websites, webpages, social media, and/or print media as a means of advertising, promoting, and/or marketing of both Mitchell Grocery Corp. and Food Giant respective businesses.

22.    True and correct copies of screenshots of Defendants' websites,

webpages, social media, and/or print media, displaying the copyrighted Work, are included in Exhibit "A" hereto.

23. Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff or its above-named customer to seek permission to use the Work in connection with Defendants' websites, webpages, social media, and/or print media – even though the Work that was copied is clearly professional photography that would put Defendants on notice that the Work was not intended for public use.

24. Defendants utilized the Work for commercial use.

25. Upon information and belief, Defendants located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for their own commercial use.

26. Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff and/or its above-named customer first discovered Defendants' unauthorized use/display of one or more of the photographs comprising the Work on May 22, 2023. Following such discovery, Plaintiff and/or its above-named customer notified Defendants in writing of such unauthorized use.

27. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

28.    Plaintiff re-alleges and incorporates paragraphs 1 through 27 as set forth above.

29.    Each photograph comprising the Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

30.    Plaintiff's above-named customer owns a valid copyright in each photograph comprising the Work,  having registered the Work with the Register of Copyrights.

31.    Plaintiff has standing to bring this lawsuit and assert the claim(s) herein as it has sufficient rights, title, and interest to such copyrights (as Plaintiff was conveyed the above-described exclusive rights to reproduce and distribute the Work by the above-named customer).

32.    As a result of Plaintiff and/or its above-named customer's reproduction, distribution, and public display of the Work, Defendants had access to the Work prior to their own reproduction, distribution, and public display of the Work on Defendants' websites, webpages, social media, and/or print media.

33.    Defendants reproduced, distributed, displayed, and/or publicly displayed the Work without authorization from Plaintiff or its above-named customer.

34. By their actions, Defendants infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501. Defendants' infringement was either direct, vicarious, and/or contributory.

35. Defendants' infringement was willful as they acted with actual knowledge or reckless disregard for whether their conduct infringed upon Plaintiff's copyright. Notably, Defendants themselves utilize a copyright disclaimer on their respective websites ("© 2021 Foodland Grocery. All Rights Reserved." and "© 2021 Food Giant Grocery. All Rights Reserved"), indicating that Defendants understand the importance of copyright protection/intellectual property rights and are actually representing that they own each of the photographs published on their websites. See, e.g., Bell v. ROI Prop. Grp. Mgmt., LLC, No. 1:18-cv-00043-TWP-DLP, 2018 U.S. Dist. LEXIS 127717, at *3 (S.D. Ind. July 31, 2018) ("[T]he willfulness of ROI's infringement is evidenced by the fact that at the bottom of the webpage on which the Indianapolis photograph was unlawfully published appeared the following: 'Copyright © 2017.' By placing a copyright mark at the bottom of its webpage that contained Mr. Bell's copyrighted Indianapolis Photograph, Mr. Bell asserts ROI willfully infringed his copyright by claiming that it owned the copyright to everything on the webpage."); John Perez Graphics & Design, LLC v. Green Tree Inv. Grp., Inc., Civil Action No. 3:12-cv-4194-M, 2013 U.S. Dist. LEXIS 61928, at *12-13 (N.D. Tex. May 1, 2013) ("Once on

Defendant's website, Defendant asserted ownership of Plaintiff's Registered Work by including a copyright notice at the bottom of the page. Based on these allegations, the Court finds Plaintiff has sufficiently pled a willful violation…."). Defendants clearly understand that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

36. Defendants' willfulness is further demonstrated by the fact that Defendants have refused and/or failed to remove the Work from their websites, webpages, social media, and/or printed media notwithstanding multiple communications sent to Defendant (via Federal Express, e-mail, and telephone) notifying them of the infringement and demanding that the Work be removed from Defendants' websites, webpages, social media, and/or printed media. See, e.g. Prepared Food Photos, Inc. v. Perry Wings Plus, Inc., No. 22-CV-61883-RAR, 2022 U.S. Dist. LEXIS 227304, at *10 (S.D. Fla. Dec. 19, 2022) ("Defendant's refusal to remove Plaintiff's Work after nearly a dozen communication attempts demonstrates Defendant's willfulness."); Burch v. Nyarko, 2007 U.S. Dist. LEXIS 55345, at *3 (S.D.N.Y. July 30, 2007) ("Nyarko's conduct throughout this action - reflected in his refusal to talk to Plaintiff, to remove the photographs promptly from the website, and to respond to this suit - supported a finding of willfulness under 17 U.S.C. § 504(c)(2)."); Schwabel v. HPT Serv., LLC, No. 3:17-cv-791-J-34JBT, 2018 U.S. Dist. LEXIS 171820, at *10 n.8 (M.D. Fla. Sep.

11

6, 2018) ("Because Defendant failed to remove the Photograph from the subject sites after Plaintiff demanded that he do so, the undersigned recommends that the infringements were willful."). As of the date of this filing, multiple of the photographs comprising the Work are still published on Defendants' websites, webpages, social media, and/or printed media.

37. Plaintiff has been damaged as a direct and proximate result of Defendants' infringement.

38. Plaintiff is entitled to recover its actual damages resulting from Defendants' unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendants' profits from infringement of the Work, which amounts shall be proven at trial.

39. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

40. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendants' conduct.

41. Defendants' conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is

entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a. A declaration that Defendants have infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for each photograph comprising the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

13

Dated: May 14, 2026                    /s/ *John S. Johnson*
                                       JOHN S. JOHNSON (ASB-7114-H67J)
                                       Attorney for Plaintiff


OF COUNSEL:
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:        jjohnson@handfirm.com


**DEFENDANTS TO BE SERVED BY PROCESS SERVER AS FOLLOWS:**

Mitchell Grocery Corp.
c/o David Mitchell
550 Railroad Avenue
Albertville, AL 35950

Food Giant, Inc.
c/o Jay Mitchell
700 North 19th Street
Bessemer, AL 35020

# EXHIBIT A

# EXHIBIT "A"

| No. 1 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-012-581 | **Registration Date:** August 5, 2016 |

**Title of Work:** "LobsterShrimpDip001"

**Original**



**Link to Alleged Infringement:**

1.  https://www.foodlandgrocery.com/wp-content/uploads/2021/10/AVGV_43.pdf

**Screenshot**



| No. 2 | | Rockefeller Photos | |
|---|---|---|---|
| **Registration No.:** VA 2-012-581 | | **Registration Date:** August 5, 2016 | |
| **Title of Work:** "BeefMeatloaf018" | | | |
| **Original** | | | |
|  | | | |
| **Link to Alleged Infringement:** | | | |
| 1.  https://www.foodlandgrocery.com/wpcontent/uploads/2021/11/ARAB_46.pdf | | | |
| **Screenshot** | | | |
|  | | | |

| No. 3 | | Rockefeller Photos | |
|---|---|---|---|
| **Registration No.:** VA 2-047-019 | | **Registration Date:** January 13, 2017 | |
| **Title of Work:** "BeefShoulderRoast002_ADL, 04-05-1999" | | | |
| **Original** | | | |
|  | | | |
| **Link to Alleged Infringement:** | | | |
| 1. https://www.foodland-muscleshoals.com/blog/muscle-shoals-foodland-108-77/ <br> 2. https://www.foodland-muscleshoals.com/blog/muscle-shoals-foodland-108-63/ | | | |
| **Screenshot** | | | |
|  | | | |



| No. 4 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-045-012 | **Registration Date:** April 7, 2017 |
| **Title of Work:** "BottomRoundRoast001_ADL" | |

| Original |
|---|
|  |

**Link to Alleged Infringement:**

1.  https://www.foodland-muscleshoals.com/blog/muscle-shoals-foodland-108-65/

**Screenshot**



| No. 5 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-023-644 | **Registration Date:** December 2, 2016 |

| **Title of Work:** "BroccoliHR0404, 03-13-1994" |
|---|

| **Original** |
|---|



| **Link to Alleged Infringement:** |
|---|

1. https://www.foodland-muscleshoals.com/blog/muscle-shoals-foodland-108-63/
2. https://www.foodland-muscleshoals.com/blog/muscle-shoals-foodland-108-66/

| **Screenshot** |
|---|



| No. 6 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-055-118 | **Registration Date:** April 27, 2017 |
| **Title of Work:** "SweetCorn001_ADL" ||

| **Original** |
|---|
|  |

| **Link to Alleged Infringement:** |
|---|
| 1.   https://www.foodland-muscleshoals.com/blog/muscle-shoals-foodland-108-77/ |

| **Screenshot** |
|---|
|  |

| No. 7 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-024-712 | **Registration Date:** December 18, 2016 |
| **Title of Work:** "BBQSpareRibsHR0609, 06-08-1994" ||
| **Original** ||
|  ||
| **Link to Alleged Infringement:**<br>1.   https://www.foodlandgrocery.com/blog/muscle-shoals-foodland-108-184/ ||
| **Screenshot** ||
|  ||

| No. 8 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-055-123 | **Registration Date:** April 27, 2017 |

| Title of Work: "CornOnTheCob004_ADL" |
|---|

| Original |
|---|



| Link to Alleged Infringement: |
|---|

1.  https://www.foodlandgrocery.com/blog/muscle-shoals-foodland-108-213/

| Screenshot |
|---|

| No. 9 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-017-741 | **Registration Date:** September 20, 2016 |
| **Title of Work:** "ChickenBreastBnlsGrlMrk007, 06-26-2005" ||
| **Original** ||



| **Link to Alleged Infringement:** ||

1. https://www.foodgiant-birmingham.com/blog/birmingham-food-giant-84/

| **Screenshot** ||



| No. 10 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-046-824 | **Registration Date:** January 26, 2017 |
| **Title of Work:** "ChickenWingHot004_ADL, 04-05-1998" | |

| Original |
|---|
|  |

**Link to Alleged Infringement:**

1.  https://www.foodlandgrocery.com/wp-content/uploads/2024/03/FG_FL_AD_11.pdf

| Screenshot |
|---|
|  |

| No. 11 | Rockefeller Photos |
|---|---|
| **Registration No.:** VA 2-019-412 | **Registration Date:** September 29, 2016 |
| **Title of Work:** "ProduceVegetableAsst012, 11-28-2001" ||
| **Original** ||
|  ||
| **Link to Alleged Infringement:** <br> 1.  https://www.foodgiant-birmingham.com/blog/birmingham-food-giant-84/ <br> 2.  https://www.myfoodgiant.com/blog/birmingham-food-giant-95/ ||
| **Screenshot** ||
|  <br>  ||

# EXHIBIT B

# Certificate of Registration

**EXHIBIT "B"**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

Registration Number

## VA 2-012-581

**Effective Date of Registration:**
August 05, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE Collection 073116 |
| **Previous or Alternate Title:** | Group Registration/ Photos, 135 photos  published 1/11 - 12/29/1999 |
| **Series Title:** | BeefFiletmignonGrlMrk013 |

**Number:** 001
**Date on Copies:** 05/10/1999

BeefHamburger022
**Number:** 002
**Date on Copies:** 07/20/1999

BeefHamburgerGrill003
**Number:** 003
**Date on Copies:** 07/19/1999

BeefHotDog005
**Number:** 004
**Date on Copies:** 06/15/1999

BeefLondonBroilGrlMark004
**Number:** 005
**Date on Copies:** 05/08/1999

BeefTboneGrillFire001
**Number:** 006
**Date on Copies:** 10/30/1999

CherryBing010
**Number:** 007
**Date on Copies:** 06/04/1999

ChickenDrumstickGrlMark004
**Number:** 008
**Date on Copies:** 07/21/1999

ChickenHalfGrill002
**Number:** 009
**Date on Copies:** 12/23/1999

ChickenWingBuffalo013
**Number:** 010
**Date on Copies:** 11/09/1999

CookiePeanutButterKiss004
**Number:** 011
**Date on Copies:** 12/10/1999

CookiePizelle001
**Number:** 012
**Date on Copies:** 07/30/1999

Guacamole005
**Number:** 013
**Date on Copies:** 09/15/1999

JuiceSmoothy001
**Number:** 014
**Date on Copies:** 10/10/1999

JuiceTomato001
**Number:** 015
**Date on Copies:** 10/10/1999

LobsterBoiled001
**Number:** 016
**Date on Copies:** 09/20/1999

LoxBagel
**Number:** 017
**Date on Copies:** 03/24/1999

Peach005
**Number:** 018
**Date on Copies:** 11/04/1999

PeachKnife001
**Number:** 019
**Date on Copies:** 11/04/1999

PieLemonMeringueSlice002
**Number:** 020
**Date on Copies:** 08/30/1999

PieStrawberry006
**Number:** 021
**Date on Copies:** 08/05/1999

PorkRibBabyBack011
**Number:** 022
**Date on Copies:** 07/29/1999

PorkRibCntyStlBnIn011
**Number:** 023
**Date on Copies:** 07/22/1999

PorkRibGrill003
**Number:** 024
**Date on Copies:** 07/25/1999

SaladColeSlaw014
**Number:** 025



**Date on Copies**: 09/15/1999

Tortilla001
**Number**: 026
**Date on Copies**: 09/10/1999

AppetizerAsst004
**Number**: 027
**Date on Copies**: 04/17/1999

BaconFig001
**Number**: 028
**Date on Copies**: 04/17/1999

CeleryPeanutbutter001
**Number**: 029
**Date on Copies**: 03/27/1999

CeleryPeanutbutter002
**Number**: 030
**Date on Copies**: 04/17/1999

CrackerPepperoni001
**Number**: 031
**Date on Copies**: 04/17/1999

HummasTabuli001
**Number**: 032
**Date on Copies**: 04/17/1999

BeefCheesburgerGrill001
**Number**: 033
**Date on Copies**: 03/27/1999

Hummas006
**Number**: 034
**Date on Copies**: 04/17/1999

BeefCheeseburgerGrlMrk006
**Number**: 035
**Date on Copies**: 04/17/1999

BeefCheeseburgerTriple001
**Number**: 036
**Date on Copies**: 04/17/19999

BeefHamburger005
**Number**: 037
**Date on Copies**: 04/17/1999

Hummus008
**Number**: 038
**Date on Copies**: 04/17/1999

BeefHamburger007
**Number**: 039
**Date on Copies**: 04/17/1999

JalapenoPopper001
**Number:** 040
**Date on Copies:** 04/17/1999

LobsterDip001
**Number:** 041
**Date on Copies:** 04/17/1999

BeefHamburgerGrilMrk005
**Number:** 042
**Date on Copies:** 04/17/1999

LobsterShrimpDip001
**Number:** 043
**Date on Copies:** 04/17/1999

BeefHamburgerGrilMark008
**Number:** 044
**Date on Copies:** 04/17/1999

BeefMeatball001
**Number:** 045
**Date on Copies:** 04/17/1999

BeefMeatball004
**Number:** 046
**Date on Copies:** 04/17/1999

MediterraneanTray001
**Number:** 047
**Date on Copies:** 04/17/1999

MediterraneanTray002
**Number:** 048
**Date on Copies:** 08/15/1999

BeefMeatloaf014
**Number:** 049
**Date on Copies:** 08/15/1999

OnionRing001
**Number:** 050
**Date on Copies:** 03/27/1999

OnionRing003
**Number:** 051
**Date on Copies:** 04/17/1999

PartyTray001
**Number:** 052
**Date on Copies:** 09/20/1999

Bacon005
**Number:** 053
**Date on Copies:** 09/20/1999

PorkButtSteakGrlMrk001
**Number:** 054



**Date on Copies:** 09/20/1999

BeefMeatLoaf016
**Number:** 055
**Date on Copies:** 09/20/1999

BeefMeatloaf018
**Number:** 056
**Date on Copies:** 09/20/1999

BeefSloppyJoe001
**Number:** 057
**Date on Copies:** 09/20/1999

BeefStuffedPepper001
**Number:** 058
**Date on Copies:** 09/20/1999

BakedAlaska001
**Number:** 059
**Date on Copies:** 09/20/1999

PorkChopBaconWrapped001
**Number:** 060
**Date on Copies:** 09/20/1999

PorkChopBnIn009
**Number:** 061
**Date on Copies:** 09/20/1999

BeefLondonBroil013
**Number:** 062
**Date on Copies:** 04/01/1999

TilapiaWholeCooked001
**Number:** 063
**Date on Copies:** 05/21/1999

WhiteAmericanCheeseHC1103_L_300_C_R
**Number:** 064
**Date on Copies:** 11/23/1999

WatermelonFSHC1308_L_300_C_R
**Number:** 065
**Date on Copies:** 03/27/1999

ApricotsBowlHC1108_L_C_300_C_R
**Number:** 066
**Date on Copies:** 06/13/1999

PepperJackCheeseHC1103_L_300_C_R
**Number:** 067
**Date on Copies:** 12/02/1999

FlankSteakCookedHC1104_L_300_C_R
**Number:** 068
**Date on Copies:** 02/05/1999

BlockCheddarFSH1208_L_300_C_R
**Number:** 069
**Date on Copies:** 05/15/1999

HamCheeseSandwichHC1101_L_300_C_R
**Number:** 070
**Date on Copies:** 10/20/1999

CucumbersFSHC1412_L_300_C_R
**Number:** 071
**Date on Copies:** 08/07/1999

FlowerBouquetFSCH1305_L_300_C_R
**Number:** 072
**Date on Copies:** 06/11/1999

MiniLoavesHC1111FS_L_300_C_R
**Number:** 073
**Date on Copies:** 08/10/1999

SalsaDipChipsHC1108_L_300_C_R
**Number:** 074
**Date on Copies:** 04/15/1999

BrowniesHC1012_M_150_C_R
**Number:** 075
**Date on Copies:** 08/18/1999

BratwurstGrilledFSHC1112_L_300_C_R
**Number:** 076
**Date on Copies:** 08/19/1999

BeefChuckRoast7Bone001
**Number:** 077
**Date on Copies:** 04/20/1999

BeefChuckRoastBnIn005
**Number:** 078
**Date on Copies:** 03/03/1999

BeefChuckRoastBnls006
**Number:** 079
**Date on Copies:** 02/13/1999

BeefChuckSteakBnls007
**Number:** 080
**Date on Copies:** 08/10/1999

BeefEyeRoundRoastDinner001
**Number:** 081
**Date on Copies:** 11/13/1999

CornedBeefDinner001
**Number:** 082
**Date on Copies:** 01/30/1999

CornedBeefDinner009
**Number:** 083



**Date on Copies:** 02/23/1999

CornedBeefDinner010
**Number:** 084
**Date on Copies:** 04/09/1999

CornedBeefDinner013
**Number:** 085
**Date on Copies:** 04/09/1999

CornedBeefDinner014
**Number:** 086
**Date on Copies:** 06/26/1999

CornedBeefDinner021
**Number:** 087
**Date on Copies:** 03/24/1999

DSCO3680
**Number:** 088
**Date on Copies:** 02/03/1999

CornedBeefDinner023
**Number:** 089
**Date on Copies:** 03/24/1999

PotRoastDinner001
**Number:** 090
**Date on Copies:** 08/21/1999

SalisburySteakDinner002
**Number:** 091
**Date on Copies:** 08/09/1999

BeefHotDog011
**Number:** 092
**Date on Copies:** 02/10/1999

BeefBottomRoundRoast015
**Number:** 093
**Date on Copies:** 12/12/1999

BeefBottomRoundRoast017
**Number:** 094
**Date on Copies:** 04/30/1999

BeefBrisket001
**Number:** 095
**Date on Copies:** 07/23/1999

BeefBrisket002
**Number:** 096
**Date on Copies:** 0716/1999

BeefBrisket007
**Number:** 097
**Date on Copies:** 03/16/1999

BeefBrisket009
**Number:** 098
**Date on Copies:** 09/02/1999

CornedBeefBrisketFlat004
**Number:** 099
**Date on Copies:** 03/03/1999

Bacon002
**Number:** 100
**Date on Copies:** 11/03/1999

CornedBeefBrisketPoint001
**Number:** 101
**Date on Copies:** 02/04/1999

BeefKabob001
**Number:** 102
**Date on Copies:** 11/28/1999

BeefKabob013
**Number:** 103
**Date on Copies:** 12/29/1999

BeefKabobGrlMrk002
**Number:** 104
**Date on Copies:** 01/11/1999

BeefCubeSteakGrlMrk001
**Number:** 105
**Date on Copies:** 09/17/1999

BeefEyeRoundRoast002
**Number:** 106
**Date on Copies:** 09/17/1999

BeefEyeRoundRoast014
**Number:** 107
**Date on Copies:** 11/26/1999

BeefEyeRoundSteakGrlMrk001
**Number:** 108
**Date on Copies:** 09/17/1999

BeefFiletMignon001
**Number:** 109
**Date on Copies:** 10/28/1999

BeefFiletMignon002
**Number:** 110
**Date on Copies:** 12/15/1999

BeefFlatIronSteakGrlMrk001
**Number:** 116
**Date on Copies:** 09/06/1999

BeefFiletMignonGrlMrk001
**Number:** 111



**Date on Copies**: 06/15/1999

BeefFiletMignonGrlMrk007
**Number**: 112
**Date on Copies**: 09/07/1999

BeefFiletMignonGrlMrk008
**Number**: 113
**Date on Copies**: 01/13/1999

BeefFiletMignonGrlMrk010
**Number**: 114
**Date on Copies**: 04/23/1999

BeefFlankSteak005
**Number**: 115
**Date on Copies**: 08/16/1999

BeefCheeseBurger001
**Number**: 117
**Date on Copies**: 08/16/1999

BeefCheeseBurger003
**Number**: 118
**Date on Copies**: 08/16/1999

RiceNoodleDumpling001
**Number**: 119
**Date on Copies**: 10/15/1999

CakeChocolateMapleSlice001
**Number**: 120
**Date on Copies**: 07/15/1999

Pancake002
**Number**: 121
**Date on Copies**: 03/04/1999

FriedRice002
**Number**: 122
**Date on Copies**: 01/24/1999

IceCreamNeapolitanCone001
**Number**: 123
**Date on Copies**: 08/13/1999

SpiralHam
**Number**: 124
**Date on Copies**: 02/11/1999

TurkeyWhole014
**Number**: 125
**Date on Copies**: 11/29/1999

KeyLimes
**Number**: 126
**Date on Copies**: 10/23/1999

ChickenKabob002
**Number:** 127
**Date on Copies:** 12/29/1999

LambLegBnls001
**Number:** 128
**Date on Copies:** 02/03/1999

LambLegShankGrlMrk001
**Number:** 129
**Date on Copies:** 05/20/1999

ZittiMarinaraSauce001
**Number:** 130
**Date on Copies:** 12/22/1999

TurkeyWhole001
**Number:** 131
**Date on Copies:** 12/04/1999

YogurtBlueberry002
**Number:** 132
**Date on Copies:** 07/21/1999

SubAmericanColdCut009
**Number:** 133
**Date on Copies:** 07/30/1999

MediterraneanChicken
**Number:** 134
**Date on Copies:** 05/27/1999

Vegetables
**Number:** 135
**Date on Copies:** 01/27/1999

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |
| **Date of 1st Publication:** | January 11, 1999 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of David Cioffi |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. |
| | 38 CHURCH ST., PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | SHORES & OLIVER P.C. |
| **Name:** | Milton McKinnon Oliver |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|---|---|
| **Name:** | MILTON M. OLIVER |
| **Date:** | August 05, 2016 |
| **Applicant's Tracking Number:** | 873-057-302 |

| **Correspondence:** | Yes |
|---|---|

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-047-019

**Effective Date of Registration:**
January 13, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-010917 |
| **Previous or Alternate Title:** | Group registration of photos published JAN 11, 1999 through DEC 5, 1999; about 250 photos total. |
| **Content Title:** | BeefLondonBroilGrlMrk007_ADL, 07-05-1999; |
| | BeefLondonBroilGrlMrk008_ADL, 09-09-1999; |
| | BeefLondonBroilGrlMrk010_ADL, 05-05-1999; |
| | BeefLondonBroilGrlMrk011_ADL, 02-16-1999; |
| | |
| | BeefLondonBroilGrlMrk012_ADL, 05-12-1999; |
| | BeefLondonBroilGrlMrk013_ADL, 05-10-1999; |
| | BeefLondonBroilGrlMrk014_ADL, 05-14-1999; |
| | BeefLondonBroilSliced001_ADL, 08-10-1999; |
| | BeefNewYorkSirloin001_ADL, 05-15-1999; |
| | |
| | BeefNewYorkSirloin002_ADL, 08-10-1999; |
| | BeefNewYorkSirloin003_ADL, 08-10-1999; |
| | BeefNewYorkSirloin004_ADL, 08-10-1999; |
| | BeefNewYorkSirloin005_ADL, 08-10-1999; |
| | BeefNewYorkSirloin006_ADL, 08-10-1999; |
| | |
| | BeefNewYorkSirloin007_ADL, 09-16-1999; |
| | BeefNewYorkSirloinBnIn001_ADL, 08-10-1999; |
| | BeefNewYorkSirloinGrlMrk001_ADL, 10-11-1999; |
| | BeefNewYorkSirloinGrlMrk002_ADL, 08-10-1999; |
| | BeefNewYorkSirloinGrlMrk003_ADL, 09-09-1999; |
| | BeefNewYorkSirloinGrlMrk004_ADL, 08-10-1999; |
| | |
| | BeefNewYorkSirloinGrlMrk005_ADL, 08-11-1999; |
| | BeefPorterhouse001_ADL, 06-10-1999; |
| | BeefPorterhouse002_ADL, 04-24-1999; |
| | BeefPorterhouse003_ADL, 08/10/1999; |
| | |
| | BeefPorterhouse004_ADL, 08-10-1999; |
| | BeefPorterhouse005_ADL, 08-10-1999; |
| | BeefPorterhouse006_ADL, 08-10-1999; |
| | BeefPorterhouse007_ADL, 08-10-1999; |
| | |
| | BeefPorterhouse008_ADL, 08-10-1999; |
| | BeefPorterhouse009_ADL, 02-05-1999; |
| | BeefPorterhouse010_ADL, 03/05/1999; |
| | BeefPorterhouse011_ADL, 05-05-1999; |

BeefPorterhouse012_ADL, 08-24-1999;
BeefPorterhouse013_ADL, 08-24-1999;
BeefPorterhouse014_ADL, 08-24-1999;
BeefPorterhouseGrlMrk001_ADL, 08-10-1999;
BeefPorterhouseGrlMrk002_ADL, 09-09-1999;
BeefPorterhouseGrlMrk003_ADL, 05-19-1999;

BeefPorterhouseGrlMrk004_ADL, 05-05-1999;
BeefPorterhouseGrlMrk005_ADL, 08-05-1999;
BeefPorterhouseGrlMrk006_ADL, 09-09-1999;
BeefPorterhouseGrlMrk007_ADL, 04-05-1999;
BeefPorterhouseGrlMrk008_ADL, 05-05-1999;

BeefPorterhouseGrlMrk009_ADL, 08-13-1999;
BeefPorterhouseGrlMrk010_ADL, 06-25-1999;
BeefPorterhouseGrlMrk011_ADL, 08-24-1999;
BeefPorterhouseGrlMrk012_ADL, 08-24-1999;
BeefPorterhouseGrlMrk013_ADL, 08-24-1999;

BeefPrimeRibChefGrlMrk001_ADL, 09-16-1999;
BeefPrimeRibRoast001_ADL, 11-05-1999;
BeefPrimeRibRoast002_ADL, 10-05-1999;
BeefPrimeRibRoast003_ADL, 08-10-1999;

BeefPrimeRibRoast004_ADL, 08-10-1999;
BeefPrimeRibRoast005_ADL, 08-10-1999;
BeefPrimeRibRoast006_ADL, 11-08-1999;
BeefPrimeRibRoast008_ADL, 11-08-1999;
BeefPrimeRibRoast009_ADL, 11-27-1999;

BeefPrimeRibRoast011_ADL, 02-05-1999;
BeefPrimeRibRoast012_ADL, 04-08-1999;
BeefPrimeRibRoast013_ADL, 11-05-1999;
BeefPrimeRibRoast014_ADL, 11-26-1999;
BeefPrimeRibRoast015_ADL, 11/05/1999;

BeefPrimeRibRoast016_ADL, 12/05/1999;
BeefPrimeRibRoast017_ADL, 08/10/1999;
BeefPrimeRibRoast018_ADL, 08/10/1999;
BeefPrimeRibRoast019_ADL, 08/10/1999;

BeefPrimeRibRoast020_ADL, 12-05-1999;
BeefPrimeRibRoast021_ADL, 12-05-1999;
BeefPrimeRibRoastExport001_ADL, 07-10-1999;
BeefPrimeRibSlice001_ADL, 11-05-1999;
BeefPrimeRibSlice002_ADL, 11-15-1999;

BeefPrimeRibSlice003_ADL, 11-05-1999;
BeefPrimeRibSlice004_ADL, 09-16-1999;
BeefPrimeRibSlice005_ADL, 08-26-1999;
BeefPrimeRibSlice006_ADL, 11-21-1999;
BeefPrimeRibSlice007_ADL, 11-21-1999;

BeefPrimeRibSliceGrlMrk001_ADL, 09-16-1999;
BeefRib001_ADL, 08-10-1999;
BeefRib002_ADL, 05-21-1999;
BeefRib003_ADL, 09-5-1999;
BeefRibEye001_ADL, 08-10-1999;



BeefRibEye002_ADL, 09-5-1999;
BeefRibEye003_ADL, 11-20-1999;
BeefRibEye004_ADL, 09-09-1999;
BeefRibEye005_ADL, 08-10-1999;
BeefRibEye006_ADL, 08-10-1999;

BeefRibEye007_ADL, 08-10-1999;
BeefRibEye008_ADL, 09-16-1999;
BeefRibEye009_ADL, 08-10-1999;
BeefRibEye010_ADL, 09-05-1999;
BeefRibEye011_ADL, 07-26-1999;

BeefRibEye012_ADL, 12-05-1999;
BeefRibEye013_ADL, 09-16-1999;
BeefRibEye014_ADL, 09-16-1999;
BeefRibeye016_ADL, 09-05-1999;

BeefRibeye017_ADL, 09-05-1999;
BeefRibeye018_ADL, 06-17-1999;
BeefRibeye019_ADL, 06-17-1999;
BeefRibeye020_ADL, 06-17-1999;
BeefRibeye021_ADL, 06-17-1999;

BeefRibeye022_ADL, 06-17-1999;
BeefRibeye023_ADL, 11-21-1999;
BeefRibeye024_ADL, 11-21-1999;
BeefRibEyeBnIn001_ADL, 05-05-1999;
BeefRibEyeBnIn002_ADL, 05-05-1999;

BeefRibEyeBnIn003_ADL, 08-26-1999;
BeefRibEyeBnIn004_ADL, 10-05-1999;
BeefRibEyeBnIn005_ADL, 05-08-1999;
BeefRibEyeBnIn006_ADL, 05-05-1999;
BeefRibEyeBnIn007_ADL, 08-24-1999;

BeefRibEyeBnIn008_ADL, 08-24-1999;
BeefRibEyeBnIn009_ADL, 06-21-1999;
BeefRibEyeBnIn010_ADL, 11-21-1999;
BeefRibEyeBnIn011_ADL, 11-21-1999;

BeefRibEyeBnIn012_ADL, 11-21-1999;
BeefRibEyeBnIn013_ADL, 11-21-1999;
BeefRibEyeBnInGrlMrk001_ADL, 08-10-1999;
BeefRibEyeBnInGrlMrk002_ADL, 06-24-1999;
BeefRibEyeBnInGrlMrk003_ADL, 05-05-1999;

BeefRibEyeBnInGrlMrk004_ADL, 05-19-1999;
BeefRibEyeBnInGrlMrk005_ADL, 06-23-1999;
BeefRibEyeBnInGrlMrk006_ADL, 11-15-1999;
BeefRibEyeBnInGrlMrk007_ADL, 06-23-1999;
BeefRibEyeBnInGrlMrk008_ADL, 05-13-1999;

BeefRibEyeBnInGrlMrk009_ADL, 06-23-1999;
BeefRibEyeBnInGrlMrk010_ADL, 05-17-1999;
BeefRibEyeBnInGrlMrk011_ADL, 05-05-1999;
BeefRibEyeGrlMrk001_ADL, 08-10-1999;
BeefRibEyeGrlMrk002_ADL, 05-27-1999;

BeefRibEyeGrlMrk003_ADL, 09-13-1999;
BeefRibEyeGrlMrk004_ADL, 06-10-1999;
BeefRibEyeGrlMrk005_ADL, 09-13-1999;
BeefRibEyeGrlMrk006_ADL, 06-21-1999;
BeefRibEyeGrlMrk007_ADL, 04-15-1999;

BeefRibEyeGrlMrk008_ADL, 06-17-1999;
BeefRibEyeGrlMrk009_ADL, 06/17/1999;
BeefRibEyeGrlMrk010_ADL, 06/17/1999;
BeefRibEyeGrlMrk011_ADL, 06/17/1999;

BeefRibEyeGrlMrk012_ADL, 06/17/1999;
BeefRibEyeSemiBnls001_ADL, 04/15/1999;
BeefRibEyeSemiBnls002_ADL, 06-05-1999;
BeefRibRoast001_ADL, 05-05-1999;
BeefRibRoast002_ADL, 08-10-1999;

BeefRibRoast003_ADL, 11-10-1999;
BeefRibRoast005_ADL, 11-16-1999;
BeefRoundSteak001_ADL, 06-05-1999;
BeefRoundSteak002_ADL, 06-05-1999;
BeefRoundSteak003_ADL, 06-05-1999;

BeefRumpSteak001_ADL, 08-10-1999;
BeefRumpSteak002_ADL, 02-21-1999;
BeefRumpSteak003_ADL, 10-05-1999;
BeefRumpSteakGrlMrk001_ADL, 08-10-1999;
BeefShankBnIn001_ADL, 10-05-1999;

BeefShankBnIn002_ADL, 06-05-1999;
BeefShankBnIn003_ADL, 06-05-1999;
BeefShellSteak001_ADL, 11-27-1999;
BeefShellSteak002_ADL, 10-05-1999;
BeefShellSteak003_ADL, 05-05-1999;
BeefShellSteakBnIn001_ADL, 10-13-1999;
BeefShellSteakBnIn002_ADL, 02-16-1999;

BeefShellSteakBnIn003_ADL, 02-15-1999;
BeefShellSteakBnIn004_ADL, 12-05-1999;
BeefShellSteakBnInGrlMrk001_ADL, 07-20-1999;
BeefShellSteakBnInGrlMrk002_ADL, 03-14-1999;
BeefShellSteakBnInGrlMrk003_ADL, 03-14-1999;

BeefShellSteakGrlMrk002_ADL, 07-10-1999;
BeefShellSteakGrlMrk003_ADL, 08-11-1999;

BeefShellSteakGrlMrk004_ADL, 02-16-1999;
BeefShellSteakGrlMrk005_ADL, 02-16-1999;
BeefShellSteakGrlMrk006_ADL, 06-23-1999;
BeefShortRib001_ADL, 09-05-1999;
BeefShortRib003_ADL, 01-11-1999;

BeefShortRib004_ADL, 08-22-1999;
BeefShortRib007_ADL, 04-08-1999;
BeefShortRib008_ADL, 04-08-1999;
BeefShortRib009_ADL, 04-08-1999;
BeefShortRib010_ADL, 07-27-1999;



BeefShortRib011_ADL, 07-27-1999;
BeefShoulderClodSteak001_ADL, 07-27-1999;
BeefShoulderClodSteak002_ADL, 07-27-1999;
BeefShoulderRoast001_ADL, 12-05-1999;

BeefShoulderRoast002_ADL, 04-05-1999;
BeefShoulderRoast003_ADL, 06-17-1999;
BeefShoulderRoast004_ADL, 06-17-1999;
BeefShoulderRoast005_ADL, 06-17-1999;

BeefShoulderRoast006_ADL, 06-17-1999;
BeefShoulderRoast007_ADL, 06-17-1999;
BeefShoulderRoast008_ADL, 06-17-1999;
BeefShoulderRoast009_ADL, 06-17-1999;
BeefSirloinRoastPetite011_ADL, 10-15-1999;

BeefSirloinShellRoast001_ADL, 08-11-1999;
BeefSirloinShellSteak001_ADL, 10-25-1999;
BeefSirloinShellSteak002_ADL, 08-11-1999;
BeefSirloinShellSteak003_ADL, 08-11-1999;
BeefSirloinShellSteak004_ADL, 08-11-1999;

BeefSirloinShellSteak005_ADL, 08-11-1999;
BeefSirloinShellSteak006_ADL, 06-27-1999;
BeefSirloinShellSteak007_ADL, 08-11-1999;
BeefSirloinSteak001_ADL, 08-11-1999;
BeefSirloinSteak003_ADL, 08-11-1999;

BeefSirloinSteak004_ADL, 10-16-1999;
BeefSirloinSteak005_ADL, 08-11-1999;
BeefSirloinSteak006_ADL, 11-15-1999;
BeefSirloinSteak007_ADL, 07-05-1999;
BeefSirloinSteak008_ADL, 05-05-1999;

BeefSirloinSteak009_ADL, 05-05-1999;
BeefSirloinSteak010_ADL, 11-16-1999;
BeefSirloinSteak011_ADL, 11-16-1999;
BeefSirloinSteakGrlMrk001_ADL, 09-26-1999;
BeefSirloinSteakGrlMrk003_ADL, 08-11-1999;

BeefSirloinSteakGrlMrk004_ADL, 03-21-1999;
BeefSirloinSteakGrlMrk005_ADL, 08-11-1999;
BeefSirloinSteakGrlMrk006_ADL, 07-14-1999;
BeefSirloinSteakGrlMrk007_ADL, 07-16-1999;
BeefSirloinSteakGrlMrk008_ADL, 09-05-1999;

BeefSirloinSteakGrlMrk009_ADL, 08-05-1999;
BeefSirloinSteakGrlMrk010_ADL, 03-05-1999;
BeefSirloinSteakGrlMrk011_ADL, 09-05-1999;
BeefSirloinSteakGrlMrk012_ADL, 09-05-1999;
BeefSirloinSteakGrlMrk013_ADL, 02-05-1999;

BeefSirloinSteakGrlMrk014_ADL, 07-05-1999;
BeefSirloinSteakGrlMrk015_ADL, 11-16-1999;
BeefSirloinSteakPetite001_ADL, 08-11-1999;
BeefSirloinStripRoast001_ADL, 10-05-1999;
BeefSirloinStripRoast002_ADL, 08-11-1999;

BeefSirloinStripRoast003_ADL, 11-16-1999;
BeefSirloinTipRoast001_ADL, 11-17-1999;
BeefSirloinTipRoast002_ADL, 04-16-1999;
BeefSirloinTipStrip001_ADL, 08-11-1999;
BeefTBone001_ADL, 08-10-1999;

BeefTBone002_ADL, 08-10-1999;
BeefTBone003_ADL, 08-14-1999;
BeefTBone004_ADL, 09-16-1999;
BeefTBoneGrillFire002_ADL, 08-17-1999;
BeefTBoneGrillFire003_ADL, 04-05-1999;

BeefTBoneGrillFire004_ADL, 06-19-1999;
BeefTBoneGrillFire005_ADL, 07-05-1999;
BeefTBoneGrlMrk001_ADL, 03-05-1999;
BeefTBoneGrlMrk002_ADL, 05-08-1999;
BeefTBoneGrlMrk003_ADL, 09-16-1999;

BeefTBoneGrlMrk004_ADL, 07-16-1999;
BeefTBoneGrlMrk005_ADL, 07-05-1999;
BeefTBoneGrlMrk006_ADL, 01-12-1999;
BeefTBoneGrlMrk007_ADL, 03-05-1999;
BeefTBoneGrlMrk008_ADL, 08-05-1999;
BeefTBoneGrlMrk010_ADL, 11-18-1999;
BeefTBoneGrlMrk011_ADL, 11-19-1999;
BeefTBoneGrlMrk012_ADL, 11-19-1999;
BeefUnderbladeSteakBnls001_ADL, 05-22-1999;
RawBeefGroundPatty006_ADL, 11-05-1999.



## Completion/Publication

**Year of Completion:** 1999
**Date of 1st Publication:** January 11, 1999
**Nation of 1st Publication:** United States

## Author

**Author:** ADLIFE Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio
**Author Created:** photograph
**Work made for hire:** Yes
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

**Organization Name:** SHORES & OLIVER PC

|              |                                     |
|-------------:|-------------------------------------|
| **Name:**    | Milton M. Oliver. Esq.              |
| **Email:**   | milton.oliver@shoresoliver.com      |
| **Telephone:** | (774)521-3058                     |
| **Alt. Telephone:** | (781)910-9664                |
| **Address:** | PO BOX 790                          |
|              | COTUIT, MA 02635-0790 United States |

## Certification

|                                  |                       |
|---------------------------------:|-----------------------|
| **Name:**                        | MILTON M. OLIVER, Esq.|
| **Date:**                        | January 13, 2017      |
| **Applicant's Tracking Number:** | 873-057-333           |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayne Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-045-012

**Effective Date of Registration:**
April 07, 2017

---

## Title

**Title of Work:** ADLIFE-COLLECTION-031717

**Previous or Alternate Title:** Group registration of photos published JAN 12, 1995 through DEC 5, 1995; about 250 photos.

**Content Title:** BeefBonelessEyeRound001_ADL

BeefBottomRound3_ADL

BeefBottomRoundCooked001_ADL

BeefBottomRoundCooked002_ADL

BeefBottomRoundRAw001_ADL

BeefBrisketCooked001_ADL

BeefBrisketCooked002_ADL

BeefBrisketRaw001_ADL

BeefBrisketRice001_ADL

BeefBroccoli001_ADL

BeefBroccoliStirFry001_ADL

BeefBurgerPatties001_ADL

BeefChuckRollSteak001_ADL

BeefChuckRollSteakCooked001_ADL

BeefChuckRollSteakRaw001_ADL

BeefChuckSteakCooked001_ADL

BeefChuckSteakRaw001_ADL

BeefCornBeefCabbage001_ADL

BeefCubesForKabobsCooked002_ADL

BeefCubesForKabobsRaw_ADL

BeefCubeSteakCooked_ADL

BeefCubeSteakRaw_ADL

BeefCubeSteaks001_ADL

BeefCubeSteaks002_ADL

BeefDinnerCandleLitSteak_ADL

BeefDoubleCheeseburger002_ADL

BeefDoubleCheeseburger003_ADL

BeefFeet001_ADL

BeefFiletMignonCooked001_ADL

BeefFiletMignonGrlMrk001_ADL

BeefFiletMignonGrlMrk002_ADL

BeefFiletMignonRaw001_ADL

BeefFiletMignonRaw002_ADL

BeefFiletPlate001_ADL

BeefFiletPlate002_ADL

BeefFlankenRibsCooked001_ADL

BeefFlankenRibsRaw001_ADL

BeefFLankinRibs001_ADL

BeefFlankSteakCooked001_ADL

BeefFlankSteakRaw001_ADL

BeefFlapMeat001_ADL

BeefFlatSteak001_ADL

BeefFriedRice001_ADL

BeefGroundCooked_ADL

BeefGroundRaw_ADL

BeefHamburger001_ADL

BeefHamburger003_ADL

BeefHamburgerOnBunNoCondiments_ADL

BeefHamburgerRaw001_ADL

BeefHamburgerSliders001_ADL

BeefJerky001_ADL



BeefKabobsBeingServed001_ADL

BeefKabobsCooked001_ADL

BeefKabobsRaw001_ADL

BeefKidneyCooked_ADL

BeefKidneyRaw_ADL

BeefKnuckleSteak001_ADL

BeefKnuckleSteak002_ADL

BeefLiverandOnionsCooked_ADL

BeefLiverOnion001_ADL

BeefLondonBroilCooked_ADL

BeefMarinatedTacoMeat001_ADL

BeefMeatballsCooked001_ADL

BeefMeatLoaf001_ADL

BeefMeatloafCooked002_ADL

BeefMeatloafSandwich001_ADL

BeefMeatloafUncooked_ADL

BeefNeckBones001_ADL

BeefNoodles001_ADL

BeefNYSteakBoneIn001_ADL

BeefNYStripSteakBeauty001_ADL

BeefNYStripSteakRaw_ADL

BeefNYStripSteakRaw001_ADL

BeefOxtail001_ADL

BeefPattiesStackRaw001_ADL

BeefPit001_ADL

BeefPizzaBurger001_ADL

BeefPorterhouse001_ADL

BeefPorterhouseCooked001_ADL

BeefPorterhouseRaw001_ADL

BeefPotPie001_ADL

BeefPotPie002_ADL

BeefPotRoast001_ADL

BeefPotRoastCooked001_ADL

BeefPotRoastRaw001_ADL

BeefRibEyeCooked001_ADL

BeefRibEyeCooked002_ADL

BeefRibEyeRaw001_ADL

BeefRibEyeRaw002_ADL

BeefRibRoastCooked001_ADL

BeefRibs001_ADL

BeefRibs002_ADL

BeefRoundRoast002_ADL

BeefSate001_ADL

BeefShellSteak001_ADL

BeefShortRibs001_ADL

BeefShortRibs002_ADL

BeefShortRibsWithSpice001_ADL

BeefShoulderSteak001_ADL

BeefShoulderSteakRaw001_ADL

BeefSirloinRoastCooked001_ADL

BeefSkewerOnionPepper001_ADL

BeefSkirtSteakCooked001_ADL

BeefSnowPeasSoup001_ADL

BeefSpareRibTip001_ADL

BeefSpareRibTipRaw001_ADL

BeefsteakTomatoes001_ADL

BeefStew001_ADL

BeefStew002_ADL

BeefStew003_ADL

BeefStewBreadBowl001_ADL

BeefStewMeatWithOnion001_ADL



BeefStirFry001_ADL

BeefStripSteak001_ADL

BeefTBoneCooked001_ADL

BeefTBoneRaw001_ADL

BeefTenderloin001_ADL

BeefTenderloinBlackAngus001_ADL

BeefTenderloinPlatter001_ADL

BeefTeriyakiOnAStick001_ADL

BeefTipsVegetables001_ADL

BeefTongue001_ADL

BeefTopSirloinSteak001_ADL

BeefTopSirloinSteak002_ADL

BeefTopSirloinSteakRaw001_ADL

BeefTopSirloinSteakRaw002_ADL

BeefTripe001_ADL

BeefTripeCooked001_ADL

BeefTripeRaw001_ADL

BeefTripleCheeseBurger001_ADL

BeefTripleCheeseburger002_ADL

BeefTripleCheeseburger003_ADL

BeefTripTipRoastCooked001_ADL

BeefTripTipRoastCooked002_ADL

BeefTriTipRaw_ADL

BeefTriTipRoastCooked_ADL

BeefTriTipRoastCooked001_ADL

BeefTriTipRoastRaw001_ADL

BoneInPrimeRib001_ADL

BoneInRibEyeSteak001_ADL

BonelessChuckRoast001_ADL

BonelessChuckSteak001_ADL

BonelessLondonBroil001_ADL

BonelessRibEyeSteak001_ADL

BonelessRoundSteak001_ADL

BonelessSirloinSteak001_ADL

BottomRoundRoast001_ADL

BuffaloBurgerBlueCheese001_ADL

BuffaloBurgerBlueCheese002_ADL

CarneAsada001_ADL

Carnitas001_ADL

CharcoalSteaksCooked001_ADL

CharcoalSteaksRaw001_ADL

CHateaubriandCooked001_ADL

ChateaubriandRaw001_ADL

Cheeseburger001_ADL

Cheeseburger002_ADL

CheeseBurger003_ADL

CheeseburgerChips001_ADL

CheeseburgerFrenchFries001_ADL

CheeseburgerFries001_ADL

CheeseburgerFries002_ADL

ChickenFriedSteak001_ADL

CHuckRollSteak001_ADL

CornedBeef001_ADL

CornedBeefBrisketRaw001_ADL

CornedBeefCabbage001_ADL

CornedBeefCabbage002_ADL

CornedBeefCarrots001_ADL

CubeSteakCooked001_ADL

CubeSteakRice001_ADL

DelmonicoSteak001_ADL

DelmonicoSteak002_ADL



DelmonicoSteak003_ADL

DelmonicoSteakCooked001_ADL

DelmonicoSteakRaw001_ADL

DelmonicoSteaks001_ADL

DoubleBaconCheeseburger001_ADL

DoubleCheeseburger001_ADL

DoubleCheeseburger002_ADL

EyeRoundRoast001_ADL

EyeRoundRoastCarrots001_ADL

FiletMignonCooked001_ADL

FiletMignonCooked002_ADL

FiletMignonRaw001_ADL

FiletMignonRaw002_ADL

FiletMignonWhole001_ADL

FirstCutBoneInSteak001_ADL

FirstCutBoneInSteak002_ADL

FlankSteak001_ADL

FlatIronSteakPotato001_ADL

FondueCubesOfMeatBeingCooked001_ADL

FondueCubesRaw001_ADL

FreshMeatDepartment001_ADL

GrilledStripSteaks001_ADL

GrilledTriTipSteak001_ADL

GroundBisonRaw001_ADL

Hamburger001_ADL

HamburgerFries001_ADL

HamburgerNoodles001_ADL

HamburgerPattiesRaw001_ADL

Hamburgers002_ADL

HamburgersChips001_ADL

HamburgersHotdogsOnGrill2_ADL

HamburgersRaw001_ADL

HamburgerSteaks001_ADL

HangerSteak001_ADL

IndianFood001_ADL

JapaneseBeef001_ADL

LambChopsRaw002_ADL

Liver001_ADL

LondonBroil001_ADL

LondonBroilRaw_ADL

LondonBroilSalad001_ADL

LondonBroilSteak001_ADL

LondonBroilSteak002_ADL

LondonBroilSteakPeppers001_ADL

MarinatedChuckSteak001_ADL

MarinatedTacoMeat001_ADL

Meatballs001_ADL

Meatballs002_ADL

Meatloaf001_ADL

Meatloaf002_ADL

Meatloaf003_ADL

MeatloafCooked002_ADL

MeatloafGravy001_ADL

MeatloafGreenBeans001_ADL

MeatloafPotatoes001_ADL

MeatloafSandwiches001_ADL

MeatPie001_ADL

MixedBeefForStew001_ADL

NewYorkStripSteak001_ADL

PepperSteak001_ADL

PinwheelSteakCooked001_ADL



PinwheelSteakRaw001_ADL

PorterhouseSteaks001_ADL

PotluckFoods_ADL

PotRoastCooked001_ADL

PotRoastRolls001_ADL

PrimeRib001_ADL

PrimeRib002_ADL

PrimeRib003_ADL

PrimeRib004_ADL

PrimeRibAsparagus001_ADL

PrimeRibCooked001_ADL

PrimeRibCooked002_ADL

Hamburgers001_ADL

BeefBonelessCubes001_ADL

HamburgerRaw001_ADL

HamburgerRaw002_ADL

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1995 |
| **Date of 1st Publication:** | January 12, 1995 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc. |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| | |
| • **Author:** | Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communcation Co., Inc. |
| | 38 Church Street, Pawtucket, RI, 02860, United States |

## Rights and Permissions

**Organization Name:** Adlife Marketing & Communications Co., Inc.
**Email:** doug.fleurant@adlife.com
**Telephone:** (401)723-4782
**Address:** 38 Church Street
Pawtucket, RI 02860

## Certification

**Name:** Douglas Fleurant, C.F.O.
**Date:** April 07, 2017
**Applicant's Tracking Number:** 031717

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-023-644

**Effective Date of Registration:**
December 02, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-113016 |
| **Previous or Alternate Title:** | Group registration of photos published 01-12-1994 through 12-05-1994; about 250 photos total. |
| **Content Title:** | BourbonSteakTips_ADL, 02-13-1994; ChickenCeasarSalad_ADL, 05-05-1994; ChickenParmesan_ADL, 05-05-1994; Coleslaw_ADL, 09-05-1994; |
| | CubanSandwich_ADL, 05-05-1994; CurriedChickenRice_ADL, 08-16-1994; FriedChicken_ADL, 10-05-1994; FriedChicken_ADL(2), 02-05-1994; HappyGraduationCake_ADL, 11/27/1994; |
| | HawaiianPizza_ADL, 05-05-1994; ItalianSausage_ADL, 10/05/1994; MinestroneSoup_ADL, 10-05-1994; PepperSteak1_ADL, 02/14/1994; |
| | PooPooPlatter1_ADL, 12/05/1994 PopcornChicken_ADL, 12-05-1994; SpicyChickenSandwich_ADL, 02/05/1994; SweetPotatoFries_ADL, 05/05/1994; ThanksgivingDinner2HR0711, 10-05-1994; |
| | ValentineCupcakes_ADL, 02/05/1994; AngelFoodCakeHR0411, 03-14-1994; AppleCiderHR0411, 09-19-1994; ApplesGrannySmithHR0401, 10-26-1994; AppleStreuselMuffin0405, 02-10-1994; |
| | ArmRoastCookedHR0404, 12-05-1994; ArmRoastRawHR0404, 05-11-1994; Asparagus0409, 03-21-1994; AsparagusCookedHR0401, 01-18-1994; |
| | AsparagusPotatoSalad0405, 09-22-1994; AsparagusRawHR0401, 06-23-1994; BakedBeans0412, 08-20-1994; Bananas0411, 11-20-1994; BananaSplit0410, 05-05-1994; |

BasketOfBolillosHR0403, 03-05-1994;
BeanBurritosHR0403, 05-19-1994;
BeefBrisketCookedHR0404, 06-15-1994;
BeefBrisketRawHR0404, 03-19-1994;

BeefCheeseNachos0410, 11-08-1994;
BeefSirloinSteakHR0410, 06-05-1994;
BeefSirloinSteakRawHR0410, 06-13-1994;
BeefSteakShankCooked0407, 11-25-1994;
BeefSteakShankRaw0407, 09-16-1994;

BeefStewHR0411, 12-05-1994;
BeefStewInBreadBowl0405, 05-12-1994;
BeefTenderloinCooked0406, 02-05-1994;
BeefTenderloinRaw0406, 05-05-1994;

BelgianWaffles0407, 10-12-1994;
BellPeppers0409, 04-21-1994;
BiscottiHR0401, 04-12-1994;
BlackEyedPeas0405, 06-14-1994;
BlackForestCherryCake0406, 06-17-1994;

BlackGreenOlives0411, 07-17-1994;
BLTCroissant0408, 08-10-1994;
BlueberriesHalfPoundHR0409, 03-23-1994;
BlueberriesHR0406, 02-14-1994;

BokChoyCooked0406, 08-23-1994;
BokChoyRaw0406, 11-26-1994;
BostonCreamPieHR0410, 06/10/1994;
BreadGarlicHR0402, 08-05-1994;
BreadGarlicHR0402_S_72_C_R_eps_M_150_C_R, 11-19-1994;

BreadPuddingHR0412, 11-11-1994;
BreadRaisinHR0402, 06-14-1994;
BreakfastCasserole0407, 09-05-1994;
BroccoflowerHR0401, 02-09-1994;
BroccoliCheeseHR0407, 11-11-1994;

BroccoliHR0404, 03-13-1994;
BrusselsSprouts0408, 12-05-1994;
BuffaloWingsCooked0406, 09-20-1994;
BuffaloWingsCookedHR0411, 05-13-1994;

BuffaloWingsRaw0406, 10-17-1994;
ButterBeansHR0412, 05-12-1994;
ButtermilkHR0407, 12-05-1994;
Cabbage0411, 12-05-1994;
CactiHR0403, 03-24-1994;

CajunHurricaneHR0412, 07-05-1994;
CajunRedBeansRiceHR0405, 02-13-1994;
CakeAppleCinnamonHR0402, 06-26-1994;
CakeGermanChocolateHR0401, 07-12-1994;

CalabazaHR0403, 11-26-1994;
CalzoneHR0407, 09-14-1994;



CandyNutCoffeecakeHR0404, 08-15-1994;
CanOfSardinesHR0403, 06-12-1994;
CappuccinoGranitaHR0408, 05-05-1994;

CarrotCakeHR0408, 02-16-1994;
Carrots0409, 06-26-1994;
CatfishCookedHR0407, 10-17-1994;
CatfisFriedHR0405, 05-21-1994;

CatfishRawHR0405, 10-16-1994;
CatfishRawHR0407, 11-13-1994;
Cauliflower0409, 09-14-1994;
CaviarHR0406, 06-05-1994;
CerealMilkHR0407, 01-24-1994;

CheeseBallCrackersHR0405, 06-05-1994;
CheeseCrackersBeer0408, 11-21-194;
CheeseCubesAssortedHR0409, 12-05-1994;
CheeseMozzarellaHR0402, 08-05-1994;

CheeseSpreadPimentoHR0402, 05-05-1994;
CherryCobblerHR0408, 01-19-1994;
CherryTomatoes0409, 04-20-1994
ChickenBitesCookedHR0401, 09-26-1994;
ChickenBreastRawHR0402, 05-08-1994;

ChickenDrummettesHR0412, 08-09-1994;
ChickenFingers0410, 03-13-1994;
ChickenNuggetsHR0412, 10-20-1994;
ChickenQuartersCooked0412, 09-05-1994;
ChickenQuartersRaw0412, 09-09-1994;

ChickenThighsCookedHR0409, 07-05-1994;
ChickenThighsRawHR0409, 03-24-1994;
ChickenTortillaSoupHR0403, 09-18-1994;
ChickenWingsRawHR0411, 07-09-1994;

ChiliWithCheeseHR0411, 08-14-1994;
ChitlinsCookedHR0405, 10-24-1994;
ChitlinsRawJR0405, 08-20-1994;
Chives0411, 04-05-1994;
ChocolateCakeHR0411, 03-19-1994;

ChocolateCheesecakeHR0407, 01-18-1994;
ChocolateMousseHR0411, 07-05-1994;
ChocolateTruffles0412, 07-27-1994;
ChuckSteakCookedHR0404, 10-11-1994;

ChuckSteakRawHR0404, 07-17-1994;
Cilatro0411, 02-11-1994;
CilantroHR0404, 03-19-1994;
CinnamonRaisinBunsHR0405, 01-16-1994;
ClubSandwichesHR0411, 11-10-1994;

CoffeePotMugHR0407, 04-20-1994;
CollardGreensHR0405, 03-18-1994;
CookiesAssortedHR0401, 02-05-1994;
CookiesAssortedHR0402, 03-05-1994;

CookiesIceCreamHR0405, 03-10-1994;
CornbreadDressingHR0405, 04-16-1994;
CornbreadHR0402, 09-05-1994;
CornDogsHR0411, 09-17-1994;
CornedBeefBrisketHR0409, 10-13-1994;

CornOnTheCob0409, 10-19-1994;
CottageCheesePizza0404, 05-20-1994;
CrabcakesHR0409, 09-11-1994;
CrabSaladInPitaBread0404, 07-05-1994;

CrabThaiCornSoupHR0406, 07-05-1994;
CrackersWCheeseHR0406, 03-10-1994;
CranberryJuiceHR0407, 08-13-1994;
CrayfishCookedHR0412, 01-15-1994;
CreamCheeseHR0412, 06-20-1994;

CreamCheeseNutHR0402, 05-05-1994;
CremeHornsH0407, 11-14-1994;
CrepesConChocolateHR0403, 03-17-1994;
Cucumbers0409, 11-17-1994;
CustardPieHR0408, 04-05-1994;

DaiquirisAssortedHR0412, 04-25-1994;
DaisyArrangementHR0410, 11-10-1994;

DarkBeerHR0410, 08-18-1994;
DateNutBreadHR0411, 12-05-1994;

DeepFriedZucchini0405, 08-25-1994;
DeliSaladsAssortedHR0407, 09-13-1994;
DeviledCrabEggsHR0405, 01-21-1994;
DillPickles0410, 06-25-1994;
DonutHolesHR0401, 07-05-1994;

DonutsCakeHR0401, 05-27-1994;
DonutsHR0406, 11-17-1994;
DozenRosesHR0410, 03-23-1994;
DriedCranberries0411 07-21-1994:

DriedFruit0412, 11-27-1994;
DryBuckwheatPastaHR0412, 07-05-1994;
DryMacaroniHR0412, 08-05-1994;
DuckCooked0407, 06-05-1994;
DuckRaw0407, 07-05-1994;

Eggplant0405, 11-18-1994;
EggplantHR0402, 10-05-1994;
EggplantHR0409, 06-24-1994;
EggplantParmesanHR0401, 05-15-1994;

EggplantParmesanHR0407, 02-13-1994;
EggRollsHR0402, 08-24-1994;
EggRollsHR0410, 06-17-1994;
EnchiladasHR0403, 01-14-1994;
EscargotCookedHR0406, 09-13-1994;

EscargotRawHR0406, 06-05-1994;



FingerFoodsTray0407, 03-17-1994;
FingerSandwichesHR0412, 02-05-1994;
FishTunaFilletCookedHR0401, 07-19-1994;

FishTunaFilletRawHR0401, 07-08-1994;
FlanDeCocoHR0403, 03-21-1994;
FlanWCaramelHR0403, 10-22-1994;
FlowerBouquetHR0406, 03-24-1994;
FluffRaspberryHR0402, 08-16-1994;

FocacciaBreadsHR0408, 10-09-1994;
FondueHR0407, 07—24-1994;
FrenchDipFrenchFries0406, 07-12-1994;
FrenchToastHR0402, 10-13-1994;
FriedGreenTomatoes0405, 02-24-1994;

FriedMushrooms0410, 11-09-1994;
FriedOnionRings0407, 09-19-1994;
FrozenTreatsHR0407, 06-05-1994;
FruitBasket0409 02-14-1994;

FruitCheeseTrayHR0412, 07-05-1994;
FruitSalad0404, 11-25-1994;
FruitSaladHR0410, 11-18-1994;
FudgeStripedCookies0408, 10-26-1994;
SharkRawHR0305, 08-21-1994;

SherbetHR0308, 06-10-1994;
SherbetHR0309, 06-05-1994;
ShrimpPizzaHR0308, 04-05-1994;
SlicesOfPie0309, 03-05-1994;

SmallBowlAppleSauce0308, 04-12-1994;
SouffleChocolateHR0305, 02-27-1994;
SoupChickenNoodleHR0306, 07-19-1994;
SoupMinestroneHR0305, 08-05-1994;
SpaghettiMeatballs0309, 08-05-1994;

SpaghettiSquashWMarinara0310, 03-27-1994;
SpinachLasagna0310, 08-09-1994;
Squash0311, 11-15-1994;
SteakRibEyeGrilledHR0306, 09-17-1994;

SteakTopRoundCookedHR0306, 02-10-1994;
SteakTopRoundRawHR0306, 03-11-1994;
StrawberriesHR0306, 03-05-1994;
StrawberryYogurtHR0310, 11-08-1994;
StuffedClamsHR0309, 08-27-1994;

StuffedFlankSteakCHR0310, 06-18-1994;
StuffedFlankSteakHR0310, 10-12-1994;
StuffedGreenPeppersHR0309, 04-25-1994;
StuffedOrangeRoughyHR0310, 01-17-1994;

StuffedTomatoes0309, 12-05-1994;
SubSandwichFootlongHR0306, 11-21-1994;
SunDriedTomatoSaladHR0310, 09-12-1994;

SunflowerSeedsHR0311, 11-12-1994;
SushiHR0311, 09-05-1994;

SweetSourPork0308, 02-05-1994;
TaffyAppleSaladHR0309, 09-14-1994;
Tangerines0306, 01-12-1994;
TaterTots0310, 03-05-1994;
TBoneSteakHR0307, 06-18-1994;

TeaBags0311, 11-09-1994;
TeaRingHR0308, 02-18-1994;
TomatoesHR0307, 01-27-1994;
TomatoesHydroponicHR0312, 07-05-1994;

TortelliniPrimaveraHR0311, 07-05-1994;
TroutCookedHR0306, 10-15-1994;
TunaSteaksHR0307, 11-05-1994;
TurkeyBurgerOnBunHR0307, 10-05-1994;
TurkeyBurgersCooked0312, 09-05-1994;
TurkeyBurgersRaw0312, 10-09-1994;
TurkeyWholeCookedHR0311, 06-09-1994;
TurkeyWholeRawHR0311, 09-11-1994;
TurkeyWingsRawHR0305, 01-19-1994;

TwiceBakedPotatoesHR0310, 12-05-1994;
VanillaIceCreamConeHR0308, 04-13-1994;
VanillaIceCreamHR0309, 04-15-1994;
VealLoinChopsHR0310, 12-05-1994;
VealRoastCooked0309, 02-12-1994;

WafflesToastedHR0305, 07-11-1994;
WatermelonSeedlessHR0312, 11-05-1994;
YellowRoses0308, 04-27-1994;
GallonOfMilkHR0404, 08-05-1994.

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 1994 |
| Date of 1st Publication: | January 12, 1994 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Adlife Marketing & Communications Co., Inc, Employer-for-Hire of Joel Albrizio |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | ADLIFE Marketing & Communications Co., Inc. |
|  | 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER, Esq. |
| **Date:** | December 02, 2016 |
| **Applicant's Tracking Number:** | 873-057-324 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Teyle Claypett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-055-118**

**Effective Date of Registration:**
April 27, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-042517 |
| **Previous or Alternate Title:** | Group registration of photos published JAN 10, 1996 through DEC 12, 1996; about 250 photos. |
| **Content Title:** | ApplesFuji001_ADL |
| | ApplesFuji002_ADL |
| | ApplesGrannySmith001_ADL |
| | ApplesGrannySmith002_ADL |
| | ApplesHoneyCrisp001_ADL |
| | ApplesPinkLady001_ADL |
| | ApplesPinkLady002_ADL |
| | ApplesRedDelicious_ADL |
| | ApplesRoyalGala_ADL |
| | ApplesVariety001_ADL |
| | ApplesVariety002_ADL |
| | Apricots001_ADL |
| | Artichoke001_ADL |
| | Artichoke002_ADL |
| | AvacadosHass001_ADL |
| | AvocadoHass002_ADL |
| | Avocados001_ADL |
| | Avocados002_ADL |
| | BabyBellaMushrooms001_ADL |
| | BabyBellaMushrooms002_ADL |

BabyBellPeppers001_ADL

BananasGreen001_ADL

Basil_ADL

BeanFrench_ADL

BeansFlat001_ADL

BeanString001_ADL

Beet001_ADL

BlueberriesContainer001_ADL

BokChoy001_ADL

BostonBibb001_ADL

BostonBibbLettuce_ADL

Broccoli001_ADL

Broccoli002_ADL

Broccolini_ADL

Broccolini001_ADL

BroccoliRabe001_ADL

BroccoliWithCheeseOnTop_ADL

ButterBeans_ADL

ButternutSquash001_ADL

CabbageNapa001_ADL

CantaloupeSliced001_ADL

Capsicums_ADL

Carambola_ADL

Carrots001_ADL

Carrots002_ADL

Cauliflower001_ADL

Cauliflower002_ADL

Cauliflower003_ADL

Celery001_ADL

Celery002_ADL

ChayoteSquash_ADL



Cherries001_ADL

Cherries002_ADL

Cherries003_ADL

CherriesBing_ADL

Chestnuts_ADL

Chilies001_ADL

Coconut001_ADL

Coconut002_ADL

CornSweetOnGrill001_ADL

Fig001_ADL

FrenchGreenBeans001_ADL

GarbanzoBeans001_ADL

Garlic001_ADL

Grapefruit001_ADL

GrapesRedGlobe001_ADL

GrapesRedGlobe002_ADL

GrapeTomatoes001_ADL

GreenCabbage001_ADL

HabaneroPeppers001_ADL

HassAvacados001_ADL

HawaiianPapaya001_ADL

Honeydew001_ADL

IceburgLettuce001_ADL

ItalianPeppers001_ADL

ItalianSquash001_ADL

JalapenoPeppersInBasket001_ADL

JalapenoPeppersLoose001_ADL

KeyLimesInBag001_ADL

KeyLimesInLoose001_ADL

Kiwi001_ADL

Leeks001_ADL

Lemons001_ADL

Lemons002_ADL

LettuceButtercrunch001_ADL

LettuceButtercrunch002_ADL

LettuceHearts001_ADL

LettuceHearts002_ADL

LettuceMixed001_ADL

LettuceMixed002_ADL

LettuceRomaine001_ADL

Limes001_ADL

Limes002_ADL

Limes003_ADL

LooseRiceInBasket001_ADL

Mandarins001_ADL

Mandarins002_ADL

Mangoes1_ADL

Mangoes001_ADL

Mangos001_ADL

Potatoes003_ADL

PotatoesCarrots001_ADL

PotatoWrappedInPlastic_ADL

ProduceDepartment001_ADL

ProduceMontage001_ADL

Prunes001_ADL

Pumpkin001_ADL

Pumpkins_ADL

Radishes_1204_ADL

Radishes001_ADL

Radishes002_ADL

Raisins001_ADL



RanchDip001_ADL

RanchOnBabyCarrots001_ADL

Raspberries001_ADL

Raspberries002_ADL

Raspberries003_ADL

Raspberries004_ADL

Red&WhiteGrapes001_ADL

RedApples001_ADL

RedApples002_ADL

RedBellPeppers001_ADL

RedBellPeppers002_ADL

RedBlackGreenGrapes001_ADL

RedBlackPlums001_ADL

RedCabbage_ADL

RedGoldPotatoes001_ADL

RedGoldPotatoes002_ADL

RedGrapefruitSlices001_ADL

RedGrapefruitSlices002_ADL

RedGrapes001_ADL

RedGrapes002_ADL

RedGreenGrapes001_ADL

RedOnions001_ADL

RedPears002_ADL

RedPepperWholeSliced001_ADL

RedPotatoes001_ADL

RedPotatoes002_ADL

RedRaspberries001_ADL

RhubarbStalks001_ADL

RoastedPeppersOnions001_ADL

RoastedPotatoes001_ADL

RoastPotatoes001_ADL

RomaineLettuce001_ADL

RomaineLettuce002_ADL

RomaineLettuce003_ADL

RomaineLettuceOnions001_ADL

RomanitaTomatoes001_ADL

RomaTomatoes001_ADL

RussetPotatoes001_ADL

Scallions001_ADL

SeasonedPotatoes001_ADL

SeedlessWatermelon001_ADL

Shallot001_ADL

Shallots_ADL

ShiitakeMushrooms001_ADL

ShitakeMushrooms001_ADL

ShreddedCarrots001_ADL

ShreddedCarrots002_ADL

SlicedApple001_ADL

SlicedKiwi001_ADL

SlicedMushrooms001_ADL

SpaghettiSquash001_ADL

Spinach001_ADL

Spinach002_ADL

Spinach003_ADL

Squash001_ADL

SquashAssorted001_ADL

SquashZucchini001_ADL

SteamingHotVeggies001_ADL

StewedTomatoes001_ADL

StewVegetables001_ADL

Strawberries001_ADL



Strawberries002_ADL

Strawberries003_ADL

Strawberries004_ADL

Strawberries005_ADL

Strawberries006_ADL

Strawberries007_ADL

Strawberries009_ADL

Strawberries010_ADL

StrawberriesBananas001_ADL

StrawberriesBananas002_ADL

StrawberryKiwiMix001_ADL

StringBeans001_ADL

StuffedCelerySticks001_ADL

StuffedManzanilloOlives001_ADL

StuffedPeppers001_ADL

StuffedRedPeppers001_ADL

StuffedTomatoes001_ADL

StuffedTomatoes002_ADL

StuffedTomatoes003_ADL

StuffedTomatoes004_ADL

SugarPlums001_ADL

SunDriedTomatoes001_ADL

SweetCorn001_ADL

SweetCorn002_ADL

SweetCornCooked001_ADL

SweetOnions001_ADL

SweetPotatoCasserole001_ADL

SweetPotatoes001_ADL

SweetPotatoes002_ADL

SweetPotatoes003_ADL

SweetPotatoes004_ADL

SweetPotatoes005_ADL

SweetPotatoesCooked001_ADL

SweetPotatoesTopping001_ADL

SwissChard001_ADL

SwissChard003_ADL

Tomato001_ADL

TomatoCherry001_ADL

TomatoeRoma001_ADL

Tomatoes001_ADL

TomatoSlices001_ADL

TomatoSlices002_ADL

Turnip001_ADL

TurnipGreens_ADL

TurnipGreens001_ADL

TwiceBakedPotato001_ADL

TwiceBakedPotato002_ADL

TwiceBakedPotato003_ADL

VegetablesPotatoes001_ADL

VegetableTrayDip001_ADL

VegetbleSoupIngredients001_ADL

VegetbleSoupIngredientsVert001_ADL

VeggiePlatterWithDip001_ADL

VeggieTray001_ADL

VineRipeTomatoes001_ADL

WashingCarrots001_ADL

WashingCornOnTheCobb001_ADL

WashingWaxBeans001_ADL

WatermelonBalls001_ADL

WatermelonChunks_ADL

WatermelonSlice001_ADL



WhiteMushrooms001_ADL

WhitePotatoes001_ADL

WhiteRedGrapes001_ADL

WholeBabyBellaMushrooms001_ADL

Yams001_ADL

Yams002_ADL

YamsCooked001_ADL

YellowApples001_ADL

YellowApples002_ADL

YellowSquash001_ADL

Zucchini001_ADL

Zucchini002_ADL

Zucchini003_ADL

ZucchiniFries001_ADL

ZucchiniSauteed001_ADL

AppleGoldenDelicious001_ADL

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1996 |
| **Date of 1st Publication:** | January 10, 1996 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio |
| | 38 Church Street, Pawtucket, RI, 02860, United States |

## Rights and Permissions

**Organization Name:** Adlife Marketing & Communications Co., Inc.
**Address:** 38 Church Street
Pawtucket, RI 02860 United States

## Certification

**Name:** Douglas Fleurant, C.F.O.
**Date:** April 27, 2017
**Applicant's Tracking Number:** 042517

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karen A. Tesla*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-024-712**

**Effective Date of Registration:**
December 18, 2016

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-121416 |
| **Previous or Alternate Title:** | Group registration of photos published 01-09-1994 through 12-05-1994; about 220 photos total. |
| **Content Title:** | BaconPizzaHC1111FS, 08-05-1994; |
| | BingCherriesHC1106, 02-17-1994; |
| | Cheeseburger2HC1111FS, 07-27-1994; |
| | ChickenFajitas3FSHC1204, 11-12-1994; |
| | |
| | ChickenTailHC1107, 04-19-1994; |
| | ChickenWingsCookedHC1106, 02-22-1994; |
| | ChiliHC1108, 05-11-1994; |
| | ChineseFriedRiceHC1111FS, 08-05-1994; |
| | ChorizoCooked3FSHC1207, 03-12-1994; |
| | |
| | FriedChickenBreastHC1107, 04-15-1994; |
| | PizzaSlicePepperoniHC1109 05-19-1994; |
| | PizzaToppingsHC1002, 11-10-1994; |
| | PorkCarnitasHC1001, 11-17-1994; |
| | PotatoWedgesFriedHC1109, 05-20-1994; |
| | |
| | PumpkinSoupFSHC1112, 08-18-1994; |
| | TacoSaladHC1111FS, 08-05-1994; |
| | TacosHC1109, 05-20-1994; |
| | TurkeyWholeFSHC1112, 09-15-1994; |
| | AlmondBarkHR0612, 02-26-1994; |
| | |
| | AnimalCrackersHR0610, 06-19-1994; |
| | AppleCiderHR0610, 09-09-1994; |
| | AppleCrispHR0609, 04-24-1994; |
| | AppleCrispHR0609a, 02-10-1994; |
| | AppleJuiceHR0604, 11-15-1994; |
| | |
| | ApplesauceAppleHR0606, 03-20-1994; |
| | ApplesauceHR0609, 03-17-1994; |
| | ApplesHoneyHR0602, 02-17-1994; |
| | ApplesHR0601, 01-13-1994; |
| | |
| | AppleSlicesCaramelDipHR0609, 02-24-1994; |
| | ApplesSliced2HR0606, 06-25-1994; |
| | ApplesSliced3HR0606, 01-21-1994; |

ApplesSlicedHR0606, 10-15-1994;
ArtichokeHR0604, 10-12-1994;

AsianStyleSaladEggRollHR0607, 11-10-1994;
AssortedApplesHR0604, 08-20-1994;
AvocadoHalfHR0604, 05-05-1994;
AvocadosHR0610, 09-05-1994;
BabyBellaMushroomsHR0609, 08-05-1994;

BabyCarrotsRanchDipHR0608, 04-16-1994;
BabyFoodAppleJuiceInCupHR0608, 04-14-1994;
BabyFoodInJarHR0608, 10-16-1994;
BabyFoodInJarsHR0608, 06-27-1994;
BabySpinachHR0607, 08-20-1994;

BaconCheeseburgerHR0611, 06-25-1994;
BaconSlicesRawHR0607, 06-10-1994;
BagelCreamCheeseHR0606, 03-05-1994;
BakedBeansHR0603, 07-12-1994;
BananaBreadHR0604, 04-18-1994;

BananaChipsHR0611, 05-27-1994;
BananaNutMuffinsHR0612, 01-11-1994;
BananaPineappleSmoothieHR0607, 12-05-1994;
BananasHR0605, 04-27-1994;

BananaSplitHR0603, 07-11-1994;
BarbecueSpareRibsHR0612, 02-26-1994;
BBQBeefSandwichHR0608, 02-12-1994;
BBQChickenLegsHR0611, 10-25-1994;
BBQSpareRibsHR0609, 06-08-1994;

BeefFajitasHR0605, 07-17-1994;
BeefShankStewHR0610, 09-10-1994;
BeefTaquitosHR0611, 07-17-1994;
BeerBratwurstHR0607, 03-26-1994;
BeerLimeWedgeHR0608, 08-12-1994;

BellPeppersOnSkewerHR0601, 08-13-1994;
BirthdayCakeIceCreamHR0612, 02-27-1994;
BiscuitsGravyHR0608, 03-18-1994;
BiscuitsHR0609, 02-12-1994;
BiscuitsSausageGravyHR0611, 11-21-1994;

BlackEyedPeasHR0602, 04-14-1994;
BlackForestCakeHR0609, 08-17-1994;
BlackLicoriceHR0610, 01-22-1994;
BlackRaspberriesHR0608, 10-23-1994;

BlondiesHR0607, 11-05-1994;
BLTPotatoChipsHR0610, 02-13-1994;
BlueberriesHR0608, 04-09-1994;
BlueberriesIceCreamHR0608, 05-16-1994;
BlueberryMuffinHR0612, 01-11-1994;

BlueberryPancakesHR0610, 09-18-1994;
BolognaSandwichHR0610, 07-26-1994;
BonelessArmRoastRawHR0612, 08-05-1994;

BonelessChuckRoastHR0610, 04-05-1994;
BonelessCubeSteakRawHR0612, 11-16-1994;

BonelessRibEyeCookedHR0612, 03-19-1994;
BonelessRibEyeSteakHR0612, 05-19-1994;
BonelessRibsRawHR0612, 09-18-1994;
BowlOfFruitHR0610, 03-08-1994;
BowTiePastaHR0607, 01-12-1994;

BowtiePastaTunaHR0607, 04-05-1994;
BraidedBreadRingHR0606, 07-27-1994;
BratwurstsBowTiePastaHR0610, 05-24-1994;
BratwurstsHR0610, 05-21-1994;
BratwurstsHR0610a, 07-05-1994;

BreadBowlCheeseSoupHR0606, 10-11-1994;
BreadedCatfishHR0606, 09-17-1994;
BreadedChickenGravyHR0608, 02-15-1994;
BreadedChickenHR0608, 10-05-1994;

BreadPuddingHR0601, 05-15-1994;
BreadRingSandwichHR0606, 04-18-1994;
BreadsticksHR0604, 04-21-1994;
BreadsticksMarinaraHR0608, 05-22-1994;
BreadsticksMarinaraHR0610, 05-05-1994;

BreakfastBarsHR0612, 03-25-1994;
BroccoliHR0611, 01-25-1994;
BruschettaHR0606, 08-14-1994;
BuffaloChickenSaladHR0607, 05-05-1994;
BundtCakeHR0608, 03-22-1994;

ButterPecanIceCreamHR0612, 02-22-1994;
CabbageHeadsHR0611, 10-08-1994;
CabbageHR0602, 11-05-1994;
CabbageSlicedHR0603, 07-15-1994;
CabbageWholeHR0603, 01-23-1994;

CaesarSaladHR0606, 10-19-1994;
CajunBurgerFriesHR0601, 06-27-1994;
CandleRedUnlitHR0605, 05-13-1994;
CandleWhiteLitHR0605, 08-23-1994;

CandyBearsHR0604, 11-09-1994;
CantaloupeHR0603, 08-15-1994;
CantaloupeWedgesHR0611, 03-17-1994;
CarrotChipsDipHR0610, 02-05-1994;
CashewsHR0604, 04-16-1994;

CatfishFriesSaladHR0606, 05-11-1994;
CavatelliHR0605, 05-05-1994;
CeleryStalkHR0609, 03-18-1994;
CerealHR0612, 10-13-1994;
CerealMilkOrangeHR0604, 05-08-1994;

ChampagneRoseHR0606, 01-27-1994;
ChampagneRoses2HR0606, 07-24-1994;
CheddarChipsOnionDipHR0605, 11-05-1994;

CheeseBallsHR0611, 07-21-1994;
CheesecakeHR0605, 05-27-1994;

CheesecakeSauceHR0603, 08-22-1994;
CheesecakeSliceHR0605, 12-05-1994;
CheeseCrackersHR0601, 02-05-1994;
CheeseCrackersHR0608, 10-13-1994;
CheeseCrackersHR0609, 12-05-1994;

CheesePlatterHR0602, 02-05-1994;
CheesePopcornHR0603, 01-10-1994;
CheesesticksFruitHR0605, 01-11-1994;
CheeseWineHR0602, 09-05-1994;

CherryPieHR0606, 05-22-1994;
ChickenCookedHR0606, 06-05-1994;
ChickenCornOnCobHR0610, 04-10-1994;
ChickenFriesHR0606, 05-16-1994;
ChickenLegsPeppersHR0610, 05-09-1994;

ChickenNoodleSoupHR0609, 06-14-1994;
ChickenNuggetsSauceHR0612, 08-16-1994;
ChickenOverRiceHR0609, 09-05-1994;
ChickenPotPieHR0607, 12-05-1994;
ChickenQuartersCookedHR0605, 06-10-1994;

ChickenQuartersRawHR0605, 05-05-1994;
ChickensWholeRawHR0605, 03-11-1994;
ChickenThighsSpaghettiHR0610, 11-05-1994;
ChickenWingsHR0606, 01-11-1994;
ChiliHR0602, 08-05-1994;

ChiliHR0610, 05-16-1994;
ChiliHR0611, 10-25-199;
ChipsDipHR0602, 05-16-1994;
ChivesHR0602, 11-15-1994;

ChocolateBarsHR0601, 02-16-1994;
ChocolateCakeMilkHR0610, 01-09-1994;
ChocolateChipsHR0603, 06-05-1994;
ChocolateCoveredPretzelsHR0612, 08-11-1994;
ChocolateIceCreamHR0609, 01-24-1994;

ChocolateMilkHR0612, 01-09-1994;
ChocolateMousseHR0603, 06-05-1994;
ChocolateParfaitHR0608, 11-05-1994;
ChocolatePuddingHR0609, 08-24-1994;
ChocolatePuddingHR0610, 11-27-1994;

ChocolateSundaeHR0603, 05-20-1994;
ChorizoRawHR0602, 02-22-1994;
ChristmasCookiesHR0603, 05-24-1994;
ChuckSteakCarrotsHR0610, 08-27-1994;
CilantroHR0604, 04-25-1994;

CinnamonCoffeecakeHR0612, 10-24-1994;
CinnamonOatmealHR0604, 10-05-1994;
CinnamonOatmealHR0605, 05-05-1994;

CinnamonRollsHR0604, 07-10-1994;
CocktailWienersHR0607, 10-05-1994;

CodFilletsCookedHR0604, 04-10-1994;
CodFilletsRawHR0604, 02-05-1994;
ColeSlawHR0604, 04-11-1994;
CoffeeBeansHR0603, 05-19-1994;

CoffeeBeansHR0604, 04-17-1994;
CoffeecakeFruitHR0610, 01-19-1994;
SteakLobsterHR0410a, 03-26-1994;
SteakTipsCooked0411, 11-16-1994;
SteakTipsRaw0411, 11-05-1994;

SteamboatDrinkHR0412, 04-20-1994;
SteamedTamalesHR0403, 05-19-1994;
StirFryHR0408a, 05-23-1994;
Strawberries0409a, 11-20-1994;
StrawberryMilkHR0410a, 12-05-1994;

StromboliHR0406a, 10-25-1994;
StuffedArtichokesHR0412, 01-12-1994;
StuffedGreenPeppersHR0411, 11-10-1994;
Stuffing0412, 07-22-1994;
SugarHR0402, 09-22-1994;

SunDriedTomatoRollsHR0404a, 11-24-1994;
SushiPlatterHR0401, 10-08-1994;
SwedishMeatballsHR0407a, 11-17-1994;
SwedishMeatballsRawHR0407a, 02-05-1994;

SweetPotatoCasserole0408a, 06-17-1994;
SweetPotatoes0409a, 07-05-1994;
SweetPotatoesRaw0408a, 07-27-1994;
SwissSteakCooked0404a, 10-13-1994;
SwissSteakRaw0404a, 07-11-1994;

TabouliWShrimp0404a, 03-12-1994;
TacoShellsTacoMeatHR0403, 07-11-1994;
TapiocaPuddingHR0411, 11-05-1994;
TBoneSteakCooked0408a, 07-15-1994;
TBoneSteakRaw0408a, 06-23-1994;

TomatoCanapesHR0406a, 10-15-1994;
Tomatoes0409a, 05-23-1994;
TopRoundSteakCooked0408a, 06-24-1994;
TopRoundSteakRaw0408a, 06-20-1994;
TortillasWToppingsHR0403, 03-17-1994;

TortillasWToppingsHR0403a, 10-11-1994;
TortillaWarmerHR0403, 07-27-1994;
TrailMixHR0409a, 07-09-1994;
TropicalMangos0404a, 01-25-1994;
TropicalPunchHR0404a, 07-05-1994;

TunaCookedHR0403, 03-20-1994;
TunaMeltHR0402, 04-19-1994;
TunaMeltPotatoChipsHR0408a, 10-23-1994;

TunaNoodleCasserole0408a, 06-20-1994;

TunaRawHR0403, 12-05-1994;
TunaSaladHR0411, 01-14-1994;
TunaSaladWCornHR0404a, 10-20-1994;
TurkeyBreastSlicedHR0402, 05-05-1994;
TurkeyBurgerCookedHR0408a, 10-05-1994;

TurkeyCheesePuffsHR0409a, 06-15-1994;
TurkeyQuartersCooked0412, 11-05-1994;
TurkeyQuartersRaw0412, 04-14-1994;
Turnips0411, 09-10-1994;
TurnipsCooked0407a, 04-20-1994;

TurnipsRaw0407a, 06-05-1994;
VanillaBeansHR0407a, 09-18-1994;
VegetableFrittataHR0406a, 07-22-1994;
VegetableNoodleSoupRoll0410a, 08-14-1994;
VegetableTrayWithDip0412, 02-26-1994;

VeggieBurgerHR0404a, 09-12-1994;
VeggieLasagna0406a, 11-17-1994;
VenisonSausageCookedHR0406a, 06-08-1994;
VenisonSausageRawHR0406a, 10-16-1994;

WafflesBelgianHR0401, 08-18-1994;
WaxBeansHR0411, 09-11-1994;
WhiteOnions0409a, 06-09-1994;
WineCheeseHR0408a, 07-26-1994;
WontonsFriedHR0401, 08-05-1994;

YellowPeppers0411, 06-05-1994;
YogurtParfaitHR0412, 09-27-1994.

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1994 |
| Date of 1st Publication: | January 09, 1994 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adlife Marketing & Communications Co., Inc. |
| | 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER PC |
| **Name:** | Milton M. Oliver. Esq. |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER |
| **Date:** | December 18, 2016 |
| **Applicant's Tracking Number:** | 873-057-326 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tenyle Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-055-123

**Effective Date of Registration:**
April 27, 2017

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-042417 |
| **Previous or Alternate Title:** | Group registration of photos published JAN 11, 1994 through DEC 10, 1994; about 250 photos. |
| **Content Title:** | ChayoteSquash_ADL |
| | ItalianPeppers001_ADL |
| | Cherries_ADL |
| | Cherries001_ADL |
| | Cherries002_ADL |
| | Cherries003_ADL |
| | Cherries004_ADL |
| | Cherries005_ADL |
| | CherriesBing_ADL |
| | CherryTomatoes001_ADL |
| | CherryTomatoesOnTheVine001_ADL |
| | Chestnuts_ADL |
| | ChickePeas001_ADL |
| | Cilantro004_ADL |
| | Coconut001_ADL |
| | Coconut002_ADL |
| | Coconuts002_ADL |
| | CollardGreens001_ADL |
| | CollardGreens003_ADL |
| | Corn001_ADL |

Corn002_ADL

CornOnCob001_ADL

CornOnTheCob001_ADL

CornOnTheCob002_ADL

CornOnTheCob003_ADL

CornOnTheCob004_ADL

CornOnTheCobb001_ADL

CornOnTheCobCooked001_ADL

CornOnTheCobHalves001_ADL

Cornucopia_ADL

CornucopiaFruit001_ADL

CornucopiaOfFruit001_ADL

CornucopiaVegetables001_ADL

CranberryBeansInBasket001_ADL

CruditesDip001_ADL

CruditesDip002_ADL

CubedMelon001_ADL

Cucumbers002_ADL

DicedCactusInBag001_ADL

DicedCactusLoose001_ADL

DicedPeaches001_ADL

Edamame001_ADL

EdamameSoybeans001_ADL

Eggplant001_ADL

Eggplant002_ADL

Eggplant006_ADL

EggplantStacks001_ADL

ElDoradoPears001_ADL

EnglishCukes001_ADL

Fennel001_ADL

Fennel002_ADL



Fennel003_ADL

FreshCutPeach001_ADL

FreshFruitInMarket001_ADL

FreshFruitPlatter001_ADL

FreshGreenBeans001_ADL

FreshSaladMix001_ADL

FreshSpinach001_ADL

FreshVegetables001_ADL

FruitBasket001_ADL

FruitBowl001_ADL

FruitCocktail001_ADL

FruitKabobs001_ADL

FruitKabobs002_ADL

FruitMedley001_ADL

FruitMedley002_ADL

FruitMixed001_ADL

FruitPizza001_ADL

FruitPizzaSlice001_ADL

FruitPlatter001_ADL

FruitPlatter002_ADL

FruitPlatter003_ADL

FruitSalad001_ADL

FruitSalad002_ADL

FruitSalad003_ADL

FruitSalad004_ADL

FruitSalad006_ADL

FruitSalad009_ADL

Garlic001_ADL

GingerGoldApples001_ADL

GirlHoldingBluberries001_ADL

GirlHoldingPeppers001_ADL

GoldenDeliciousApples001_ADL

Grapefruit001_ADL

Grapefruit003_ADL

Grapefruit004_ADL

Grapefruit005_ADL

GrapefruitSlice001_ADL

GrapefruitSlice002_ADL

GrapeRedGlobe001_ADL

GrapeRedGlobe002_ADL

GrapesGreenRedBlack001_ADL

GrapeTomatoes002_ADL

GreekOlives001_ADL

GreenApples001_ADL

GreenApples002_ADL

GreenBeans001_ADL

GreenBeans002_ADL

GreenBeans003_ADL

GreenBeansOrangeSlices001_ADL

GreenBeansPotatoes001_ADL

GreenBellPeppers002_ADL

GreenBellPeppers003_ADL

GreenGrapes001_ADL

GreenOnions001_ADL

GreenOnions002_ADL

GreenOnionsWhole001_ADL

GrilledCorn001_ADL

HeirloomTomatoes001_ADL

Herbs001_ADL

HoneyCrispApples001_ADL

HoneydewMelonSliced001_ADL



IcebergLettuce001_ADL

IcebergLettuce002_ADL

IcebergLettuceHeads001_ADL

IcebergLettuceSalad001_ADL

IcebergLettuceSalad002_ADL

IdahoBakedPotato001_ADL

IndianCorn001_ADL

ItalianPeppers002_ADL

KidneyBeans001_ADL

KidneyBeans002_ADL

KidneyBeansRaw001_ADL

KiwiFruitSliced001_ADL

Kiwis001_ADL

KwanzaaFruitBowl001_ADL

Leeks001_ADL

Leeks002_ADL

LemonGrass001_ADL

LemonGrass002_ADL

Lemons001_ADL

Lemons002_ADL

Lemons004_ADL

Lemons005_ADL

LettuceButtercrunch001_ADL

LettuceButtercrunch002_ADL

LettuceCarrotsTomatoes001_ADL

LettuceHearts001_ADL

LettuceHearts002_ADL

LettuceMixed001_ADL

LettuceMixed002_ADL

LettucePeppers001_ADL

LettuceShredded001_ADL

Limes_ADL

LoadedBakedPotato001_ADL

MandarinOranges001_ADL

MandarinOranges002_ADL

Mandarins_ADL

Mango001_ADL

Mangoes_ADL

Mangos001_ADL

MatsutakeMushrooms001_ADL

MelonBoatGrapesKiwi001_ADL

MelonHoneydew_ADL

MexicanChiles001_ADL

Mint_ADL

MixedBerries001_ADL

MixedBerries002_ADL

MixedFreshFruit001_ADL

MixedFreshProduce001_ADL

MixedFruitBowl001_ADL

MixedGreens001_ADL

MixedLettuce001_ADL

MixedSteamedVeggies001_ADL

MixedVegetables001_ADL

MixedVegetables002_ADL

MixedVegetables003_ADL

Mushrooms001_ADL

Mushrooms002_ADL

MushroomsButton_ADL

MushroomsRaw_ADL

MushroomsSauteed_ADL

MushroomsShiitake001_ADL



MustardGreens001_ADL

NavelOranges001_ADL

Nectarines_ADL

Okra001_ADL

OliveOilWithFreshHerbs001_ADL

OlivesBlack001_ADL

OlivesGreen001_ADL

OlivesPickles001_ADL

Onions001_ADL

Onions002_ADL

Onions003_ADL

OnionsRed001_ADL

OnionsWhite001_ADL

OnionsYellow001_ADL

OrangeLemonLime001_ADL

OrangePeeledOpen001_ADL

Oranges001_ADL

Oranges002_ADL

Oranges005_ADL

Oranges006_ADL

OrangesLemons001_ADL

OrangesLemons002_ADL

OrangesNavel001_ADL

OrangeTomatoes001_ADL

OrganicOnionsInMarket001_ADL

Papaya001_ADL

PapayaHalves001_ADL

PApayasWhole001_ADL

Parsley001_ADL

Parsley002_ADL

PArsnips001_ADL

Parsnips002_ADL

Parsnips003_ADL

Pea001_ADL

Peaches001_ADL

Peaches003_ADL

PeaPods001_ADL

PeaPods002_ADL

PeaPods003_ADL

PeaPodsRaw001_ADL

Pears001_ADL

Pears002_ADL

Pears003_ADL

Pears004_ADL

Pears005_ADL

PearsAssorted001_ADL

PearSlices001_ADL

Peas001_ADL

PeasWithCarrotsCooked_ADL

Peppers002_ADL

PeppersAssorted001_ADL

PeppersGreen_ADL

PeppersOrange_ADL

PeppersRed_ADL

PeppersVariety_ADL

PeppersYellow_ADL

PetitePickles001_ADL

PickledPeppers001_ADL

Pickles001_ADL

Pickles002_ADL

PickleTray001_ADL



Pineapple001_ADL

PineappleChunks_ADL

PineappleCutInHalf001_ADL

Pineapples001_ADL

Pineapples002_ADL

PineappleSlices001_ADL

PineappleWholeWithSlicesCut001_ADL

PintoBeans001_ADL

PlacingProduceInBasket001_ADL

Pluots001_ADL

PoachedPearOverhead001_ADL

Pomegranate001_ADL

PortabellaMushrooms001_ADL

Potatoes001_ADL

Potatoes002_ADL

ChayoteSquash001_ADL

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1994 |
| **Date of 1st Publication:** | January 11, 1994 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of Joel Albrizio<br>38 Church Street, Pawtucket, RI, 02860, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Adlife Marketing & Communications Co., Inc. |
| **Address:** | 38 Church Street |
| | Pawtucket, RI 02860 United States |

## Certification

| | |
|---|---|
| **Name:** | Douglas Fleurant, C.F.O. |
| **Date:** | April 27, 2017 |
| **Applicant's Tracking Number:** | 042417 |

| | |
|---|---|
| **Correspondence:** | Yes |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-017-741

**Effective Date of Registration:**
September 20, 2016

## Title

| | |
|---|---|
| **Title of Work:** | Group registration of published photos; ADLIFE-COLLECTION-091516; published JAN 14, 2005 through DEC 26, 2005; 250 photos total. |
| **Content Title:** | CitrusAsst009, 12-16-2005;<br>EggplantRolentini, 07-30-2005;<br>ChickenBreastBnlsGrlMrk007, 06-26-2005;<br>StrawberryShortCake001, 06-26-2005; |
| | ChickenBreastBnlsGrlMrk011, 05-13-2005;<br>ChickenBreastBnlsGrlMrk015, 09-15-2005;<br>ChickenBreastBnlsGrlMrk021, 09-15-2005;<br>AppleCaramel001, 09-15-2005; |
| | ChickenBreastBnlsGrlMrk010, 09-22-2005;<br>ChickenBreastSplit010, 09-30-2005;<br>ChickenBreastSplit016, 02-15-2005;<br>ChickenBreastSplitGrlMrk001, 07-16-2005; |
| | ChickenBreastStuffed001, 04-15-2005;<br>ChickenFried011, 08-14-2005;<br>AppleSlicePeanutButter001, 04-29-2005;<br>ChickenFried013, 12-10-2005; |
| | ChickenFried018, 02-26-2005;<br>ChickenCacciatore006, 09-16-2005;<br>ChickenCacciatore009, 05-13-2005;<br>ChickenCutlet005, 04-30-2005; |
| | ChickenMarsala004, 08-13-2005;<br>Asparagus003, 09-15-2005;<br>ChickenParmesan002, 11-16-2005;<br>ChickenParmesan006, 11-28-2005; |
| | ChickenParmesan011, 05-20-2005;<br>ChickenParmesan013, 08-22-2005;<br>ChickenParmesan018, 08-22-2005;<br>Asparagus020, 05-20-2005; |
| | AsparagusGrilled002, 05-20-2005;<br>ChickenParmesan019, 09-27-2005;<br>ChickenParmesan020, 08-14-2005;<br>ChickenPiccata003, 08-13-2005; |
| | ChickenCordonBleu, 01-14-2005; |

Page 1 of 7

BakedBean002, 05-20-2005;
ChickenGizzard002, 07-27-2005;
ChickenNoodleDumpling001, 11-10-2005;

ChickenPopcorn001, 08-09-2005;
ChickenRibBBQ001, 04-11-2005;
ChickenFinger001, 05-20-2005;
ChiekenFinger002, 07-11-2005;

ChickenFingerBuffalo001, 02-09-2005;
ChickenTender004, 03-11-2005;
ChickenTender011, 03-11-2005;
ChickenTender030, 11-11-2005;

ChickenTenderBuffalo005, 03-11-2005;
ChickenWholeBBQ001, 06-29-2005;
ChickenFryer002, 08-14-2005;
ChickenWholeRoasted001, 11-20-2005;

ChickenWholeRoasted002, 07-17-2005;
ChickenWholeRoasted007, 04-10-2005;
PizzaBites002, 03-30-2005;
ChickenWholeRoasted010, 02-09-2005;

Baklava001, 09-15-2005;
BreadPudding001, 06-30-2005;
CobblerBlueberry001, 04-23-2005;
CobblerBlueberry002, 01-29-2005;

CobblerCherry001, 02-15-2005;
CobblerCherry002, 10-14-2005;
CobblerPeach001, 08-09-2005;
CobblerPeach002, 05-20-2005;

CobblerPeach001, 08-09-2005;
CobblerPeach004, 05-26-2005;
Crepe001, 05-26-2005;
CrispApple001, 03-08-2005;

CrispAppleIceCream, 08-09-2005;
CrispAppleWhippedCream001, 09-23-2005;
DessertPlatter001, 09-23-2005;
DessertPlatter002, 10-17-2005;

DessertShell001, 10-11-2005;
DessertShell002, 06-20-2005;
Flan001, 07-23-2005;
Flan002, 05-09-2005;

FruitPizza001, 02-18-2005;
FruitPizza002, 02-25-2005;
GelatinRing001, 08-09-2005;
GelatinStrawberry001, 09-24-2005;

HotCrossBun001, 02-25-2005;
JelloRaspberry001, 10-22-2005;
LadyFinger001, 09-30-2005;
LadyFinger002, 09-24-2005;



MilkCracker001, 10-12-2005;
MilkCracker002, 10-12-2005;
MousseChocolate001, 02-25-2005;
MousseChocolate002, 11-14-2005;

PannaCotta001, 10-22-2005;
PeachCream001, 06-15-2005;
PeachWhippedCream001, 07-13-2005;
RiceKrispieTreats001, 04-15-2005;

RiceKrispieTreats002, 04-15-2005;
RiceKrispieTreats003, 04-15-2005;
ShortcakeFruit001, 02-17-2005;
Smores001, 04-19-2005;

Smores002, 05-21-2005;
Smores003, 04-19-2005;
SouffleChocolate001, 11-27-2005;
Tiramisu001, 09-24-2005;

Tiramisu002, 09-24-2005;
ToasterCake001, 09-24-2005;
Trifle001, 06-26-2005;
TrifleChocolate001, 08-20-2005;

TrifleRedBlueBerry001, 04-29-2005;
WhoopiePie001, 07-11-2005;
BakeryAsst001, 03-28-2005;
BakeryAsst002, 02-08-2005;

BakeryAsst003, 03-28-2005;
BakeryAsst004, 06-29-2005;
BakeryAsst005, 09-18-2005;
BakeryAsst006, 03-28-2005;

BakeryAsst007, 06-29-2005;
BakeryAsst008, 02-08-2005;
BakeryAsst009, 09-27-2005;
BakeryAsst010, 09-18-2005;

BakeryAsst011, 09-15-2005;
BakeryAsst012, 03-28-2005;
BakeryAsst013, 03-28-2005;
BakeryAsst014, 03-28-2005;

BakeryAsst015, 03-28-2005;
BakeryAsst016, 03-20-2005;
BakeryAsst017, 03-15-2005;
BakeryAsst018, 05-31-2005;

BakeryAsst019, 03-28-2005;
BakeryAsst020, 01-14-2005;
BakeryAsst021, 01-14-2005;
BakeryAsst022, 01-14-2005;

BakeryAsst023, 01-15-2005;
Bread001, 08-12-2005;
Bread002, 06-23-2005;
Bread003, 04-24-2005;

Bread004, 04-08-2005;
BreadAppleCinnamon001, 01-21-2005;
BreadAppleNut001, 09-10-2005;
BreadAppleStreuselTopping001, 10-08-2005;

BreadAppleStreuselTopping002, 10-08-2005;
BreadArtisan001, 10-22-2005;
BreadArtisan002, 08-14-2005;
BreadArtisan004, 12-08-2005;

BreadAsst001, 02-12-2005;
BreadAsst002, 08-13-2005;
BreadAsst003, 09-22-2005;
BreadAsst004, 08-13-2005;

BreadAsst005, 08-13-2005;
BreadAsst006, 08-13-2005;
BreadAsst007, 06-30-2005;
BreadAsst008, 08-13-2005;

BreadAsst009, 08-13-2005;
BreadAsst010, 06-29-2005;
SandwichChickenSalad002, 07-15-2005;
SandwichChickenSalad003, 09-15-2005;

SandwichEggSalad001, 07-20-2005;
SandwichTunaSalad001, 07-19-2005;
SandwichTunaSalad007, 07-08-2005;
SubAmericanColdCut008, 07-08-2005;

WrapChickenSalad001, 07-08-2005;
WrapHamCheese001, 08-10-2005;
WrapHamCheese002, 06-28-2005;
WrapHamCheeseTabooli001, 08-28-2005;

WrapRoastBeef001, 02-09-2005;
PepperSteak002, 08-12-2005;
WrapTabooliHumus001, 02-10-2005;
BakedZiti004, 07-08-2005;

WrapTurkey002, 08-10-2005;
WrapTurkey003, 11-28-2005;
WrapTurkey004, 04-26-2005;
WrapTurkeyHam001, 11-16-2005;

EggplantParmesan001, 02-10-2005;
ChickenBreastBnls008, 05-20-2005;
EggplantRolentini005, 02-10-2005;
ItalianBuffet005, 05-20-2005;

ItalianPotatoSalad001, 05-20-2005;
Lasagna005, 05-20-2005;
ChickenBreastBnlsGrlMrk001, 07-29-2005;
ChickenBreastBnlsGrlMrk002, 07-20-2005;

ChickenBreastBnlsGrlMrk006, 05-20-2005;
Lasagna012, 07-29-2005;
WasaCrispBreadMozzTomBasil001, 10-29-2005;

VeggieCracker003, 06-12-2005;

VeggieCracker002, 06-19-2005;
VeggieCracker001, 06-12-2005;
TriscuitHam001, 01-21-2005;
SpinachDip005, 05-14-2005;

SpinachDip004, 09-12-2005;
SpinachDip003, 09-12-2005;
SpinachDip003, 05-14-2005;
SpinachDip001, 09-21-2005;

SpinachCrabDip001, 10-22-2005;
PotatoSkin001, 09-22-2005;
PitaChipSalsa001, 07-11-2005;
PepperoniBall001, 06-09-2005;

PartyTray006, 01-25-2005;
PartyTray005, 11-11-2005;
PartyTray004, 01-25-2005;
PartyTray003, 08-10-2005;

PartyTray002, 08-10-2005;
PartySnack001, 10-22-2005;
OnionRingFish001, 10-09-2005;
OnionRing002, 08-10-2005;

OliveOilDipping002, 06-17-2005;
OliveOilDipping001, 06-17-2005;
MeatballAppetizer001, 12-11-2005;
JalapenoPopper006, 05-10-2005;

JalapenoPopper005, 01-21-2005;
JalapenoPopper004, 11-27-2005;
JalapenoPopper003, 11-27-2005;
JalapenoPopper002, 01-21-2005;

Hummus005, 07-20-2005;
Guacamole001, 07-28-2005;
Guacamole002, 07-28-2005;
HotPopper001, 01-12-2005;

Hummus001, 09-12-2005;
CruditePlatter005, 04-27-2005;
CruditePlatter006, 04-27-2005;
CruditePlatter007, 04-27-2005;

Escargot001, 02-12-2005;
CruditePlatter001, 12-18-2005;
CruditePlatter002, 12-18-2005;
CruditePlatter003, 03-28-2005;

CruditePlatter004, 02-08-2005;
CrackerAsst001, 10-13-2005;
CrackerSausage001, 12-08-2005;
CrackerSausage002, 12-08-2005;

CreamCheesePepperJellyAppetizer001, 08-28-2005;

CrabDip001, 08-12-2005;
CocktailWeenie001, 01-21-2005;
ChickenBites002, 03-12-2005;

ChickenBites001, 03-12-2005;
CeleryCarrotBasket001, 12-17-2005;
BuffaloChickenDip002, 12-26-2005;
BuffaloChickenDip001, 12-25-2005;

BreadBouleDip001, 12-13-2005;
AppetizerAsst008, 11-10-2005;
AppetizerAsst006, 10-08-2005;
AppetizerAsst007, 12-23-2005;

AppetizerAsst005, 09-20-2005;
AppetizerAsst003, 09-27-2005;
AppetizerAsst002, 09-12-2005;
AppetizerAsst001, 09-12-2005;

BreadAsst011, 08-10-2005;
BreadAsst012, 08-10-2005;
BreadAsst013, 08-09-2005;
BreadAsst015, 10-09-2005;

BreadAsst016, 10-09-2005;
BreadBabka001, 03-11-2005;
BreadBaguette001, 06-28-2005;
BreadBaguette002, 08-13-2005;

BreadBaguette003, 08-26-2005;
WatermelonSeedless002, 08-25-2005.

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2005 |
| **Date of 1st Publication:** | January 14, 2005 |
| **Nation of 1ˢᵗ Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. |
|  | 38 CHURCH ST, PAWTUCKET, RI, 02860, United States |

## Rights and Permissions

Organization Name:  SHORES & OLIVER P.C.
Name:  Milton M. Oliver, Esq.
Email:  miltonoliver@ieee.org
Telephone:  (774)521-3058
Alt. Telephone:  (781)910-9664
Address:  PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification

Name:  Milton M. Oliver
Date:  September 16, 2016
Applicant's Tracking Number:  873-057-310

Correspondence:  Yes
Copyright Office notes:  Regarding publication: publication dates range from January 14, 2005 to December 26, 2005.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-046-824

**Effective Date of Registration:**
January 26, 2017

---

## Title
_____

**Title of Work:**   ADLIFE-COLLECTION-011517

**Previous or Alternate Title:**   Group registration of photos published 01-12-1998 through 12-05-1998; about 250 photos total.

**Content Title:**   ChickenBBQDinner001_ADL, 08-05-1998;
ChickenBBQDinner002_ADL, 02-08-1998;
ChickenBroccoliDinner001_ADL, 04-09-1998;
ChickenCutlet001_ADL, 02-23-1998;
ChickenCutlet002_ADL, 03-05-1998;

ChickenCutlet003_ADL, 01-14-1998;
ChickenCutletDinner001_ADL, 07-22-1998;
ChickenDinner001_ADL, 11-15-1998;
ChickenFriedDinner001_ADL, 09-21-1998;
ChickenHalfDinner001_ADL, 02-05-1998

ChickenKabob001_ADL, 05-05-1998
ChickenShrimpRingDinner001_ADL, 04-10-1998;
ChickenSteakTipDinner001_ADL, 05-05-1998;
ChickenStrip001_ADL, 04-14-1998;
ChickenTender001_ADL, 10-22-1998;

ChickenTender002_ADL, 02-17-1998;
ChickenTender003_ADL, 03-05-1998;
ChickenTender005_ADL, 03-27-1998;
ChickenTender006_ADL, 02-05-1998;
ChickenTender007_ADL, 11-27-1998;

ChickenTender008_ADL, 03-27-1998;
ChickenTender009_ADL, 11-27-1998;
ChickenTender010_ADL, 11-27-1998;
ChickenTender012_ADL, 03-05-1998;
ChickenTender013_ADL, 05-20-1998;

ChickenTender014_ADL, 03-27-1998;
ChickenTender015_ADL, 01-20-1998;
ChickenTender016_ADL, 10-05-1998;
ChickenTender017_ADL, 11-19-1998;
ChickenTender018_ADL, 07-05-1998;

ChickenTender019_ADL, 02-05-1998;
ChickenTender020_ADL, 02-05-1998;

ChickenTender021_ADL, 03-16-1998;
ChickenTender022_ADL, 03-16-1998;
ChickenTender023_ADL, 03-16-1998;

ChickenTender024_ADL, 03-16-1998;
ChickenTender025_ADL, 03-16-1998;
ChickenTender026_ADL, 03-16-1998;
ChickenTender027_ADL, 03-16-1998;
ChickenTender028_ADL, 03-16-1998;

ChickenTender029_ADL, 03-16-1998;
ChickenTender031_ADL, 05-05-1998;
ChickenTender032_ADL, 05-05-1998;
ChickenTender033_ADL, 05-05-1998;
ChickenTender034_ADL, 05-05-1998;

ChickenTender035_ADL, 05-05-1998;
ChickenTender036_ADL, 07-27-1998;
ChickenTender037_ADL, 08-24-1998;
ChickenTender038_ADL, 08-24-1998;
ChickenTenderBuffalo001_ADL, 01-13-1998;

ChickenTenderBuffalo002_ADL, 02-08-1998;
ChickenTenderBuffalo003_ADL, 11-27-1998;
ChickenTenderBuffalo004_ADL, 05-05-1998;
ChickenTenderBuffalo006_ADL, 03-27-1998;
ChickenTenderBuffalo007_ADL, 06-10-1998;

ChickenTenderBuffalo008_ADL, 06-10-1998;
ChickenTenderBuffalo009_ADL, 06-10-1998;
ChickenTenderBuffalo010_ADL, 06-10-1998;
ChickenTenderGrlMrk001_ADL, 10-05-1998;
ChickenTenderGrlMrk003_ADL, 03-16-1998;

ChickenTenderGrlMrk004_ADL, 03-16-1998;
ChickenTenderGrlMrk005_ADL, 03-16-1998;
ChickenTenderlGrlMrk002_ADL, 08-18-1998;
ChickenTenderStirFry001_ADL, 02-11-1998;
ChickenThigh001_ADL, 08-17-1998;

ChickenThigh002_ADL, 08-17-1998;
ChickenThigh003_ADL, 08-17-1998;
ChickenThigh004_ADL, 08-17-1998;
ChickenThigh005_ADL, 08-17-1998;
ChickenThigh006_ADL, 07-25-1998;

ChickenThigh007_ADL, 07-25-1998;
ChickenThigh008_ADL, 06-17-1998;
ChickenThigh009_ADL, 06-17-1998;
ChickenThigh010_ADL, 06-17-1998;
ChickenThigh011_ADL, 06-17-1998;

ChickenThigh012_ADL, 06-17-1998;
ChickenThighBBQ001_ADL, 08-17-1998;
ChickenThighBnIn001_ADL, 10-05-1998;
ChickenThighBnIn002_ADL, 10-08-1998;
ChickenThighBnIn003_ADL, 10-08-1998;



ChickenThighBnls001_ADL, 11-05-1998;
ChickenThighBnls002_ADL, 10-08-1998;
ChickenThighBnlsGrlMrk001_ADL, 07-10-1998;
ChickenThighBnlsSknls001_ADL, 02-05-1998;
ChickenThighBnlsSknls002_ADL04-22-1998;

ChickenThighBnlsSknls003_ADL, 09-09-1998;
ChickenThighBnlsSknls004_ADL, 06-23-1998;
ChickenThighBnlsSknls005_ADL, 06-05-1998;
ChickenThighDrumstick001_ADL, 01-12-1998;
ChickenThighDrumstick002_ADL, 02-12-1998;

ChickenThighDrumstick003_ADL, 06-18-1998;
ChickenThighDrumstick004_ADL, 06-05-1998;
ChickenThighDrumstick005_ADL, 06-17-1998;
ChickenThighDrumstick006_ADL, 06-17-1998;
ChickenThighDrumstick007_ADL, 06-17-1998;

ChickenThighDrumstick008_ADL, 06-17-1998;
ChickenThighDrumstick009_ADL, 07-08-1998;
ChickenThighDrumstick010_ADL, 07-08-1998;
ChickenThighDrumstick011_ADL, 07-08-1998;
ChickenThighDrumstick012_ADL, 07-08-1998;

ChickenThighDrumstick013_ADL, 07-27-1998;
ChickenThighDrumstickGrlMrk001_ADL, 07-08-1998;
ChickenThighDrumstickGrlMrk002_ADL, 07-08-1998;
ChickenThighDrumstickGrlMrk003_ADL, 07-08-1998;
ChickenThighDrumstickGrlMrk004_ADL, 07-08-1998;

ChickenThighDrumstickGrlMrk005_ADL, 07-08-1998;
ChickenThighGrill001_ADL, 07-05-1998;
ChickenThighGrlMrk001_ADL, 09-05-1998;
ChickenThighGrlMrk002_ADL, 09-05-1998;
ChickenThighGrlMrk003_ADL, 04-23-1998;

ChickenThighGrlMrk004_ADL, 03-20-1998;
ChickenThighGrlMrk005_ADL, 06-17-1998;
ChickenThighGrlMrk006_ADL, 06-17-1998;
ChickenThighGrlMrk007_ADL, 06-17-1998;
ChickenWholeBBQ002_ADL, 05-05-1998;

ChickenWholeBBQ003_ADL, 05-05-1998;
ChickenWholeFryer001_ADL, 03-05-1998;
ChickenWholeFryer004_ADL, 05-08-1998;
ChickenWholeRoasted003_ADL, 12-05-1998;
ChickenWholeRoasted004_ADL, 08-17-1998;

ChickenWholeRoasted005_ADL, 09-05-1998;
ChickenWholeRoasted006_ADL, 10-05-1998;
ChickenWholeRoasted008_ADL, 04-09-1998;
ChickenWholeRoasted009_ADL, 10-05-1998;
ChickenWholeRoasted011_ADL, 12-05-1998;

ChickenWholeRoasted012_ADL, 08-17-1998;
ChickenWholeRoasted013_ADL, 06-09-1998;
ChickenWholeRoasted014_ADL, 08-17-1998;
ChickenWholeRoasted015_ADL, 08-17-1998;

ChickenWholeRoasted016_ADL, 06-18-1998;

ChickenWholeRoasted017_ADL, 04-16-1998;
ChickenWholeRoasted018_ADL, 09-26-1998;
ChickenWholeRoasted019_ADL, 08-17-1998;
ChickenWholeRoasted020_ADL, 08-17-1998;
ChickenWholeRoasted021_ADL, 08-17-1998;

ChickenWholeRoasted022_ADL, 04-05-1998;
ChickenWholeRoasted023_ADL, 02-13-1998;
ChickenWholeRoasted024_ADL, 12-05-1998;
ChickenWholeRoasted025_ADL, 09-05-1998;
ChickenWholeRoasted026_ADL, 10-05-1998;

ChickenWholeRoasted027_ADL, 11-24-1998;
ChickenWholeRoasted028_ADL, 09-05-1998;
ChickenWholeRoasted029_ADL, 09-05-1998;
ChickenWholeRoasted030_ADL, 10-05-1998;
ChickenWholeRoasted031_ADL, 09-09-1998;

ChickenWholeRoasted032_ADL, 08-20-1998;
ChickenWholeRoasted033_ADL, 03-05-1998;
ChickenWholeRoasted034_ADL, 08-09-1998;
ChickenWholeRoasted035_ADL, 05-10-1998;
ChickenWholeRoasted036_ADL, 10-05-1998;

ChickenWholeRoasted037_ADL, 06-05-1998;
ChickenWholeRoasted038_ADL, 06-05-1998;
ChickenWholeRoasted039_ADL, 05-20-1998;
ChickenWholeRoasted040_ADL, 02-05-1998;
ChickenWholeRotisserie001_ADL, 08-17-1998;

ChickenWholeRotisserie002_ADL, 08-17-1998;
ChickenWholeRotisserie003_ADL, 07-05-1998;
ChickenWholeRotisserie004_ADL, 08-17-1998;
ChickenWholeRotisserie005_ADL, 08-17-1998;
ChickenWholeRotisserie006_ADL, 11-15-1998;

ChickenWholeRotisserie007_ADL, 08-17-1998;
ChickenWholeRotisserie008_ADL, 08-09-1998;
ChickenWholeRotisserie009_ADL, 08-09-1998;
ChickenWholeRotisserie010_ADL, 06-19-1998;
ChickenWholeRotisserie011_ADL, 07-17-1998;

ChickenWholeRotisserie012_ADL, 10-05-1998;
ChickenWholeRotisserie013_ADL, 10-05-1998;
ChickenWing001_ADL, 08-05-1998;
ChickenWing002_ADL, 11-27-1998;
ChickenWing003_ADL, 11-27-1998;

ChickenWing004_ADL, 11-23-1998;
ChickenWing005_ADL, 08-05-1998;
ChickenWing006_ADL, 07-19-1998;
ChickenWing007_ADL, 07-20-1998;
ChickenWIngBaked001_ADL, 04-21-1998;

ChickenWIngBaked002_ADL, 04-21-1998;
ChickenWingBBQ001_ADL, 09-14-1998;

ChickenWingBBQ002_ADL, 11-5-1998;
ChickenWingBBQ003_ADL, 08-05-1998;
ChickenWingBBQ004_ADL, 11-05-1998;

ChickenWingBBQ005_ADL, 11-15-1998;
ChickenWingBBQ006_ADL, 10-08-1998;
ChickenWingBBQ007_ADL, 11-27-1998;
ChickenWingBBQ008_ADL, 05-24-1998;
ChickenWingBBQ009_ADL, 07-14-1998;

ChickenWingBBQ010_ADL, 10-08-1998;
ChickenWingBBQ011_ADL, 12-05-1998;
ChickenWingBBQ012_ADL, 11-20-1998;
ChickenWingBoneless001_ADL, 11-17-1998;
ChickenWingBoneless002_ADL, 11-17-1998;

ChickenWingBox001_ADL, 08-05-1998;
ChickenWingBreaded001_ADL, 11-27-1998;
ChickenWingBucket001_ADL, 06-18-1998;
ChickenWingBucket002_ADL, 06-05-1998;
ChickenWingBucket003_ADL, 05-27-1998;

ChickenWingBucket004_ADL, 07-15-1998;
ChickenWingBucket005_ADL, 05-20-1998;
ChickenWingBuffalo001_ADL, 01-23-1998;
ChickenWingBuffalo002_ADL, 01-23-1998
ChickenWingBuffalo003_ADL, 11-05-1998;

ChickenWingBuffalo004_ADL, 11-05-1998;
ChickenWingBuffalo005_ADL, 11-05-1998;
ChickenWingBuffalo007_ADL, 05-19-1998;
ChickenWingBuffalo009_ADL, 05-19-1998;
ChickenWingBuffalo010_ADL, 05-21-1998;

ChickenWingBuffalo011_ADL, 05-20-1998;
ChickenWingBuffalo012_ADL, 05-20-1998;
ChickenWingBuffalo014_ADL, 12-05-1998;
ChickenWingBuffalo016_ADL, 01-25-1998;
ChickenWingBuffalo017_ADL, 07-16-1998;

ChickenWingBuffalo018_ADL, 07-05-1998;
ChickenWingBuffalo019_ADL, 11/12/1998;
ChickenWingBuffalo020_ADL, 01-13-1998;
ChickenWingBuffalo021_ADL, 07-16-1998;
ChickenWingBuffalo022_ADL, 11-23-1998;

ChickenWingBuffalo023_ADL, 10-05-1998;
ChickenWIngBuffalo024_ADL, 03-05-1998;
ChickenWingBuffalo025_ADL, 03-05-1998;
ChickenWingBuffalo026_ADL, 07-20-1998;
ChickenWingBuffalo029_ADL, 05-05-1998;

ChickenWingBuffalo030_ADL, 05-05-1998;
ChickenWingBuffalo031_ADL, 05-05-1998;
ChickenWingBuffalo032_ADL, 05-05-1998;
ChickenWingBuffalo033_ADL, 05-05-1998;
ChickenWingBuffalo034_ADL, 10-26-1998;

ChickenWingBuffalo035_ADL, 10-26-1998;

ChickenWingDrummie001_ADL, 10-05-1998;
ChickenWingDrummie002_ADL, 11-27-1998;
ChickenWingDrummie003_ADL, 04-15-1998;
ChickenWingDrummie004_ADL, 04-15-1998;

ChickenWingDrummie005_ADL, 02-05-1998;
ChickenWingDrummie006_ADL, 04-08-1998;
ChickenWingDrummie007_ADL, 11-16-1998;
ChickenWingHot001_ADL, 01-24-1998;
ChickenWingHot003_ADL, 01-16-1998;

ChickenWingHot004_ADL, 04-05-1998;
ChickenWingJumbo001_ADL, 06-05-1998;
ChickenWingTender001_ADL, 08-21-1998;
ChickenWingTeriyaki001_ADL, 11-05-1998;
RawChickenBreastBnlsSknls001_ADL, 09-05-1998;

RawChickenBreastBnlsSknls002_ADL, 04-19-1998;
RawChickenBreastBnlsSknls003_ADL, 06-12-1998;
RawChickenBreastBnlsSknls004_ADL, 01-20-1998;
RawChickenBreastBnlsSknls005_ADL, 09-05-1998;
RawChickenBreastBnlsSknls006_ADL, 09-05-1998;

RawChickenBreastBnlsSknls007_ADL, 09-05-1998;
RawChickenBreastBnlsSknls008_ADL, 09-05-1998;
RawChickenBreastBnlsSknls009_ADL, 08-26-1998;
RawChickenBreastBnlsSknls010_ADL, 11-05-1998;
RawChickenBreastBnlsSknls011_ADL, 06-25-1998.

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 1998 |
| **Date of 1st Publication:** | January 12, 1998 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **•    Author:** | ADLIFE Marketing & Communications Co. Inc., Employer-for-Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co. Inc. 38 CHURCH ST, PAWTUCKET, RI, 02860, United States |

## Rights and Permissions

  **Organization Name:** SHORES & OLIVER, PC
      **Name:** Milton M. Oliver. Esq.
      **Email:** milton.oliver@shoresoliver.com
    **Telephone:** (774)521-3058
  **Alt. Telephone:** (781)910-9664
     **Address:** PO BOX 790
          COTUIT, MA 02635-0790 United States

## Certification

       **Name:** MILTON M. OLIVER, Esq.
       **Date:** January 26, 2017
**Applicant's Tracking Number:** 873-057-340

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-019-412

**Effective Date of Registration:**
September 29, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-092816. |
| **Previous or Alternate Title:** | Group registration of photos published JAN 14, 2001 through DEC 30, 2001; 250 photos total. |
| **Content Title:** | PizzaCheese002,    12-16-2001; |
| | PizzaCheese008,    02-23-2001; |
| | PizzaPepperoni005, 05-20-2001; |
| | PizzaVeggie001,    05-20-2001; |

CalzoneSteak001, 09-17-2001;
ChickenWingBBQ013, 07-08-2001;
ChickenWingBuffalo006, 08-09-2001;
ChickenWingBuffalo008, 02-08-2001;

Cauliflower007,        04-13-2001;
ProduceVegetableAsst012, 11-28-2001;
ChickenWingBuffalo015,  04-21-2001;
ChickenWingBuffalo027,  07-21-2001;

ChickenWingBuffalo028, 05-27-2001;
ChickenWingBuffalo036, 05-27-2001;
ChickenWingHot005, 05-28-2001;
ChickenWingHot006, 06-19-2001;

ChickenWingHot007, 03-23-2001;
ChickenBreastDinner001, 12-23-2001;
ChickenBroccoliDinner002, 04-26-2001;
ChickenFriedDinner002, 04-10-2001;

ChickenFriedDinner003, 11-28-2001;
ChickenFriedDinner004, 12-22-2001;
ChickenBreastBnlsSknls012, 06-26-2001;
Stuffing003, 09-15-2001;

TurkeyBurgerGrlMrk001, 06-11-2001;
TurkeyBurgerGrlMrk002, 05-09-2001;
VegetableKabob001, 04-15-2001;
MahiMahi003, 05-28-2001;

TurkeyBurgerGrlMrk003, 09-18-2001;
TurkeyWhole021, 12-29-2001;
TurkeyWhole024, 10-30-2001;

TurkeyWhole026, 11-27-2001;

TurkeyDinner001, 12-21-2001;
TurkeyDinner002, 09-15-2001;
TurkeyDinner004, 09-21-2001;
TurkeyDinner011, 12-21-2001;

TurkeyDinner012, 10-15-2001;
TurkeyDinner020, 08-23-2001;
TurkeyDinner028, 08-22-2001;
BurritoGrilledStuffed001, 08-22-2001;

Chestnut004, 12-21-2001;
ProduceFarmStand001, 08-09-2001;
ProduceFarmStand002, 08-22-2001;
ProduceVegetableGrilled002, 08-09-2001;
EasterBasket002, 04-24-2001;
PotatoBaked013, 08-09-2001;
BBQJuly4001, 04-30-2001;
TableJuly4001, 04-29-2001;

RiceBroccoliCheese001, 07-10-2001;
RiceBrownMushroom001, 01-22-2001;
RicePilaf003, 08-14-2001;
FajitaChicken001, 04-10-2001;

FajitaChicken003, 02-15-2001;
Guacamole002, 07-17-2001;
Nacho001, 06-29-2001;
Nacho007, 01-26-2001;

NachoMultiColor001, 08-27-2001;
Quesadilla001, 08-20-2001;
SalsaBlackBean001, 05-22-2001;
SalsaChipFootball001, 01-21-2001;

SalsaCorn001, 07-29-2001;
SevenLayerSalad001, 02-12-2001;
TacoTurkey001, 04-09-2001;
Taquito001, 04-22-2001;

BreadPumpernickel008, 03-10-2001;
BreadPumpernickel009, 12-10-2001;
BreadOil001, 07-21-2001;
BreadOil002, 07-16-2001;

BreadOlive001, 02-27-2001;
BreadOlive002, 09-30-2001;
BreadPane001, 04-08-2001;
BreadPane002, 04-08-2001;

BreadPane003, 12-08-2001;
BreadParisian001, 08-13-2001;
BreadParisian002, 06-28-2001;
BreadParisian003, 02-15-2001;

BreadParisian004, 03-26-2001;
BreadPistachioLoaf001, 01-21-2001;



BreadPita002, 02-27-2001;
BreadPita003, 08-13-2001;


BreadPita005, 04-21-2001;
BreadPita006, 03-14-2001;
BreadPita007, 11-23-2001;
BreadPita008, 12-30-2001;

BreadPortuguese001, 08-18-2001;
BreadPortuguese002, 12-15-2001;
BreadPortuguese003, 07-10-2001;
BreadPumpernickel001, 04-15-2001;
BreadPumpernickel002, 08-13-2001;
BreadPumpernickel003, 12-13-2001;
BreadPumpernickel004, 01-16-2001;
BreadPumpernickel006, 02-18-2001;

BreadPumpernickel007,      04-20-2001;
BreadItalianMountainTop002, 08-13-2001;
BreadItalianMountainTop003, 08-18-2001;
BreadItalianMountainTop004, 09-21-2001;

BreadItalianSemolina001, 08-13-2001;
BreadItalianSesame001,  09-28-2001;
BreadItalianTwisted001,  08-13-2001;
BreadItalianWheat001,   05-12-2001;

BreadItalianWheat002, 08-12-2001;
BreadJalapeno001,    08-13-2001;
BreadLemonLoaf001,   01-21-2001;
BreadLightRye,       03-09-2001;

BreadMarble001,   08-13-2001;
BreadMarbleRye001, 03-26-2001;
BreadMarbleRye002, 08-13-2001;
BreadMarbleRye003, 08-13-2001;

BreadMarbleRye004,  09-29-2001;
BreadMarbleRye005,  03-08-2001;
BreadMonkey002,    02-12-2001;
BreadMultigrain001, 06-29-2001;

BreadMultigrain002, 08-09-2001;
BreadMultigrain003, 02-23-2001;
BreadNaan001,      06-17-2001;
BreadNut001,       08-13-2001;

BreadNutAsst001, 10-08-2001;
BreadNutAsst002, 08-12-2001;
BreadOatmeal001, 03-10-2001;
BreadOatmeal002, 08-13-2001;

BreadOatmeal003, 04-10-2001;
BreadFrenchBaguette003, 06-29-2001;
BreadFrenchParisian002, 08-13-2001;
BreadFrenchWheat001, 08-12-2001;

BreadFrenchWheat002, 08-12-2001;
BreadGarlic001,      09-21-2001;
BreadGarlic002,      08-13-2001;
BreadGarlic003,      08-13-2001;

BreadGarlic004,      08-13-2001;
BreadGarlic005,      08-13-2001;
BreadGarlic007,      08-27-2001;
BreadGarlic008,      07-14-2001;

BreadGarlic010,      04-16-2001;
BreadGarlic011,      04-16-2001;
BreadGarlic012,      03-19-2001;
BreadGarlic013,      03-14-2001;

BreadGarlicBasket001, 11-13-2001;
BreadHoneyWheat001,  06-29-2001;
BreadHoneyWheatBaguette001, 07-11-2001;
BreadIrishSoda001,       07-17-2001;

BreadIrishSoda003,       08-13-2001;
BreadIrishSoda004,       02-27-2001;
BreadIrishSoda005,       03-09-2001;
BreadIrishSoda007,       12-20-2001;

BreadIrishSoda008,     12-20-2001;
BreadIrishSodaBasket001, 03-09-2001;
BreadIrishSodaBasket002, 08-13-2001;
BreadItalian001,       02-12-2001;

BreadItalian002,  08-13-2001;
BreadItalian003,  04-16-2001;
BreadItalian004,  08-13-2001;
BreadItalianMountainTop001, 08-13-2001;

BreadItalian005,  03-12-2001;
BreadItalian006,  04-08-2001;
BreadItalian007,  08-13-2001;
BreadItalian008,  08-13-2001;

BreadItalian009,  05-12-2001;
BreadItalian010,  08-13-2001;
BreadItalian011,  04-13-2001;
BreadItalian012,  11-08-2001;

BreadItalian013,  11-08-2001;
BreadItalian014,  08-23-2001;
BreadItalian015,  08-23-2001;
BreadItalian016,  04-13-2001;

BreadItalian017,  04-13-2001;
BreadItalian018,  04-10-2001;
BreadItalian019,  04-13-2001;
BreadItalian020,  01-14-2001;

BreadItalian021,       08-27-2001;
Vegetables,            11-11-2001;
BreadCornLoavesMini001, 11-11-2001;



BreadCornLoavesMini002, 11-11-2001;

BreadCornLoavesMini003, 11-11-2001;
BreadCornLoavesMini004, 11-11-2001;
BreadCornLoavesMini005, 11-11-2001;
BreadCornucopia001, 08-13-2001;

BreadCornucopia02, 08-13-2001;
BreadCranberry001, 08-13-2001;
BreadCranberryOrange001, 08-13-2001;
BreadCranberryOrange002, 11-26-2001;

BreadCranberry003, 11-13-2001;
BreadCranberryOrangeStreuselTopping001, 10-08-2001;
BreadCranberryOrangeStreuselTopping002, 10-08-2001;
BreadEnglishMuffin001, 03-19-2001;

BreadEnglishToasting001, 08-13-2001;
BreadEnglishToasting002, 06-18-2001;
BreadFocaccia001,        02-13-2001;
BreadFocaccia002,        02-13-2001;

BreadFocaccia003, 08-13-2001;
BreadFocaccia004, 02-13-2001;
BreadFocaccia005, 02-14-2001;
BreadFocaccia006, 02-13-2001;

BreadFocaccia007, 10-09-2001;
BreadFocaccia008, 10-09-2001;
BreadFocaccia009, 07-09-2001;
BreadFocaccia010, 06-13-2001;

BreadFrench001,    12-13-2001;
BreadFrench002,    04-25-2001;
BreadFrench003,    08-13-2001;
BreadFrench004,    01-30-2001;

BreadFrench005,    08-13-2001;
BreadFrench006,    08-13-2001;
BreadFrench007,    08-13-2001;
BreadFrench009,    08-13-2001;

BreadFrench010,    04-27-2001;
BreadFrench011,    12-15-2001;
BreadFrench012,    08-10-2001;
BreadFrench013,    05-17-2001;

BreadFrenchBaguette001, 08-17-2001;
BreadFrenchBaguette002, 04-08-2001;
BreadBaguette004,        08-26-2001;
BreadBaguette006,        10-13-2001;

BreadBaguette007, 09-18-2001;
BreadBaguette008, 02-12-2001;
BreadBaguette009, 12-10-2001;
BreadBanana001,    07-20-2001;

BreadBanana003,    08-09-2001;

BreadBananaNut001, 05-20-2001;
BreadBananaNut002, 08-13-2001;
BreadBananaNut003, 04-11-2001;

BreadBananaNut004, 10-09-2001;
BreadBasket001,    10-09-2001;
BreadBasket002,    07-17-2001;
BreadBasket003,    08-26-2001;

BreadBasket004,    12-12-2001;
BreadBasket005,    08-13-2001;
BreadBasket007,    08-13-2001;
BreadBasket008,    05-13-2001;

BreadBavarian001,    08-13-2001;
BreadBlueberry001,    08-13-2001;
BreadBlueberry002,    02-27-2001;
BreadBlueberryNut001, 08-13-2001;

BreadBlueberryNut002, 02-27-2001;
BreadBraided001,     12-14-2001;
BreadBraided002,     02-13-2001;
BreadCappuchino001,  08-13-2001;

BreadChabaso001,     08-13-2001;
BreadChallah001,     08-13-2001;
BreadChallah002,     08-13-2001;
BreadCiabatta002,    07-17-2001;

BreadCiabattaSpread001, 05-28-2001;
BreadCiabattaSpread002, 05-28-2001;
BreadCinnamon001,    07-21-2001;
BreadCinnamon003,    08-13-2001;

BreadCinnamon004,    07-22-2001;
BreadCinnamon005,    04-14-2001;
BreadCoffee001,      08-14-2001;
BreadCorn001,        06-12-2001;

BreadCorn002,        08-13-2001;
BreadCorn004,        04-15-2001.

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2001 |
| **Date of 1st Publication:** | January 14, 2001 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Adlife Marketing & Communications Co., Inc.. Employer-for-Hire of Joel Albrizio
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States



## Copyright Claimant

**Copyright Claimant:**  Adlife Marketing & Communications Co., Inc.
38 Church Street, PAWTUCKET, RI, 02860-3906

## Rights and Permissions

**Organization Name:**  SHORES & OLIVER PC
**Name:**  Milton M. Oliver, Esq.
**Email:**  milton.oliver@shoresoliver.com
**Telephone:**  (774)521-3058
**Alt. Telephone:**  (781)910-9664
**Address:**  PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification

**Name:**  Miilton M. Oliver, Esq.
**Date:**  October 07, 2016
**Applicant's Tracking Number:**  873-057-311

**Correspondence:**  Yes